**Anthony N. Iannarelli Jr.**
*Attorney at Law*
74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031
anilaw2@gmail.com

October 25, 2023

Hon. Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

    Re: <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
       Case No. 23-cv-6585

Dear Judge Clarke,

  I represent plaintiffs in the above captioned matter. Some weeks ago, I received an email from a source that identifies itself as the "Microsoft Team." The notice indicated there is an initial conference in this matter, scheduled "remotely," for Wednesday November 1, 2023 at 11:00 a.m.

  Yesterday, I contacted the clerk's office to confirm the scheduled time, and I was advised that a magistrate judge has not been assigned. Thus, I am presuming, (I hope correctly), that I should write Your Honor directly.

  Unfortunately, the defendants have not been served. I have needed to meet with plaintiff John Akhtar, but have been delayed because there have been some medical issues with one of plaintiff's family members that resides outside of the United States. However, I plan on meeting with him tomorrow, Friday, to resolve an outstanding issue.

  I think would be fair to say that it is pointless to have a conference without the benefit of defendants' counsel. Thus, I am requesting a brief adjournment for the above referenced conference. Whatever the case, I will conform to whatever is directed to me by the Court.

  Thank you for your consideration of the above.

            Respectfully,

            */s/ Anthony N. Iannarelli Jr.*
            Anthony N. Iannarelli Jr.
            Attorney for Plaintiffs

1