UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMED JOHN AKHTAR AND LA BUCA
RESTAURANT, INC. D/B/A SWING 46 JAZZ
AND SUPPER CLUB,

                        Plaintiffs,

               -against-

ERIC ADAMS, Mayor of the City of New York,
ROHIT T. AGGARWALA, NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, ERIC I. EISENBERG and JOHN
AND JANE DOES ONE THROUGH THIRTY,

                    Defendants.

---

23-CV-6585 (JGLC)

**ORDER TO SHOW
CAUSE**

JESSICA G. L. CLARKE, United States District Judge:

     The Complaint was filed on July 28, 2023. The docket does not reflect that a summons was issued or that the summons and Complaint were ever served on Defendants.

     IT IS HEREBY ORDERED that Plaintiff submit a letter to the Court by **November 3, 2023** showing good cause as to why Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants have been served, when and in what manner such service was made.

     IT IS FURTHER ORDERED that if the Court does not receive any communication from Plaintiff by **November 3, 2023** showing good cause why such service was not made within the 90 days, the Court will dismiss the case.

     Additionally, the initial pretrial conference (currently scheduled for November 1, 2023, *see* ECF No. 3) is ADJOURNED *sine die*.

Dated: October 27, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge