UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. d/b/a SWING 46 JAZZ AND SUPPER CLUB,

        Plaintiff,

-against-

ERIC ADAMS, Mayor of the City of New York, ROHIT T. AGGARWALA, New York City Department of Environmental Protection, ERIC I. EISENBERG and JOHN AND JANE DOES ONE THROUGH THIRTY,

        Defendants.

23-CV-6585 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Order to Show Cause, *see* ECF No. 5, is DISCHARGED. Plaintiff's deadline for filing proof of service of summons and complaint is EXTENDED to **November 10, 2023**.

Dated: October 30, 2023
       New York, New York

                            SO ORDERED.

                            *Jessica Clarke*
                            JESSICA G. L. CLARKE
                            United States District Judge