UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club,<br><br>    Plaintiffs,<br><br>    v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br><br>    Defendants. | Case No. 23-cv-6585<br><br>Proof of Service |

<u>Affirmation in support of Proof of Service upon defendant<br>New York City Department of Environmental Protection</u>

Anthony N. Iannarelli, an Attorney at Law of the State of New York, affirms to the truth of the following:

1. On November 6, 2023, I served summonses and complaints upon Rohit T. Aggarwala and the New York City Department of Environmental Protection, at their official business address of 59-17 Junction Boulevard, Flushing (Queens) New York.

2. Because the location is "guarded," I presented the summonses and complaints to the receptionist. He identified himself as "Victor," a light-complexioned, black male, approximately 6 feet, 185 lbs. 30-35 years of age. Victor advised he would call someone from the legal office.

3. A woman who introduced herself as Felina, dark-complexioned, female with dark brown, waist length braids, approximately 5'6", 135 lbs., 25-30 years

of age, indicated she was authorized to accept the summonses and complaints on behalf of Rohit T. Aggarwala and the New York City Department of Environmental Protection.

4. My fees for service and travel time are no less than $175.00 and to be agreed upon by client at conclusion of case.

   I declare under the penalty of perjury that the foregoing information is true and correct.

Dated: November 6, 2023.

                                                Anthony N. Iannarelli Jr.
                                                Attorney at Law of the
                                                  State of New York