AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc.  d/b/a Swing 46 Jazz and Supper Club,  _____ *Plaintiff(s)* v. Eric Adams, Mayor of  the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection,  Eric I. Eisenberg, and John and Jane Does One through Thirty, _____ *Defendant(s)* | Civil Action No. 23-cv-6585 |

) ) ) ) ) ) ) ) ) ) ) )

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Eric Adams, Mayor, City of New York
Gracie Mansion
181 East End Ave, New York, NY 10128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony N. Iannarelli Jr.
Attorney at  law
74 Lafayette Avenue
Suite 202 #116
Suffern, New York 10901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                          _____
                                                                                          *Signature of Clerk or Deputy Clerk*