AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club,<br><br>*Plaintiff(s)*<br>v.<br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-cv-6585<br>)<br>)<br>)<br>)<br>) |

### AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Eric Adams, Mayor, City of New York
        Gracie Mansion
        181 East End Ave, New York, NY 10128

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony N. Iannarelli Jr.
                                                              Attorney at law
                                                              74 Lafayette Avenue
                                                               Suite 202 #116
                                                               Suffern, New York 10901

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                   *CLERK OF COURT*

Date: _____                                             _____

                                                                                                          *Signature of Clerk or Deputy Clerk*