UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club,<br><br>    Plaintiffs,<br><br>    v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br><br>    Defendants. | Case No. 23-cv-6585<br><br><br>Proof of Service |

<u>Affirmation in Support of Proof of Service of Summons and Complaint
upon defendant Eric Adams at his Gracie Mansion Residence</u>

Anthony N. Iannarelli, an Attorney at Law of the State of New York, affirms to the truth of the following:

1. On Wednesday, November 8, 2023, I served the Amended Summons and Complaint (Document 18), through an agent/servant/employee for defendant Eric Adams, at his residence located at Gracie Mansion, 181 East End Avenue, New York, New York 10128. The residence is fenced, not open to the public, but with a guard house at the entrance staffed by the New York City police office.

2. At the guard house I met with a uniformed officer seated at a window, Badge No. 15677, (male/Hispanic, medium complexion, age late 20-30s), and explained that I am an attorney and was there to serve a summons and complaint upon Mayor Eric Adams.

3. The officer stated that, while acknowledging it was defendant Eric Adams' residence, I could not leave any "correspondence" for the mayor there; instead, I was directed to go to City Hall where, as he claimed, the documents would be accepted.

4. I explained to the officer that, based upon my training and experience, police officers at City Hall would, in all probability, direct me to serve the summons and complaint at another location (as was later confirmed.).

5. I displayed the amended summons and complaint to the officer, stated they had been filed in the United States District Court for the Southern District of New York, and I would be leaving the documents with him, in his capacity as an agent/servant/employee of defendant Adams and to be turned over to the defendant.

6. I placed the documents directly within the officer's sight on the secured side of the fence not open to the public, and asked that defendant Adams be advised of the service of the amended summons and complaint.

7. My fees for time spent will be agreed upon with my client at the conclusion of the case.

I declare under the penalty of perjury that the foregoing information is true and correct.

Dated: November 15, 2023.

Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club,<br><br>Plaintiff(s)<br>v.<br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br>Defendant(s) | Civil Action No. 23-cv-6585 |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Eric Adams, Mayor, City of New York
> Gracie Mansion
> 181 East End Ave, New York, NY 10128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony N. Iannarelli Jr.
Attorney at law
74 Lafayette Avenue
Suite 202 #116
Suffern, New York 10901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/08/2023                    /S/ V. BRAHIMI
                                    *Signature of Clerk or Deputy Clerk*