UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club, <br><br> Plaintiffs, <br><br> v. <br><br> Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty, <br><br> Defendants. | Case No. 23-cv-6585 <br><br><br> Proof of Service |

<u>Affirmation in Support of Proof of Service of Summons and Complaint<br>upon defendant Eric Adams at the New York City Municipal Building</u>

Anthony N. Iannarelli, an Attorney at Law of the State of New York, affirms to the truth of the following:

1. On Thursday, November 9, 2023, I served the summons and complaint (Document 10), through an agent/servant/employee for defendant Eric Adams, at the Municipal Building, 1 Centre Street, New York, New York 10007.

2. I initially attempted to serve the summons and complaint at City Hall, as I had been previously directed by a NYPD uniformed officer at defendant Eric Adams' resident.

3. The City Hall Building is fenced, not open to the public, but with a guardhouse at the entrance staffed by the New York City Police.

4. There, I met with several uniformed officers, who directed me to the Municipal Building across the street. They stated they were told to send all process servers to that location where summonses and complaints could be served.

5. They assured me the facility was open and someone would be there to accept the summons and complaint on behalf of defendant Eric Adams.

6. Upon my arrival at 1 Centre Street, I was met by an individual that was dressed in a security guard uniform (darked skinned male, 5'6", approximately 165-175 lbs., glasses, with short cropped hair).

7. I explained to the individual that I had been directed by the police to go to the Municipal Building where someone would accept service of the summons and complaint. I displayed the documents to the security guard, which he then accepted, and asked that the summons and complaint be delivered to defendant Eric Adams.

8. My fees for time spent will be agreed upon with my client at the conclusion of the case.

I declare under the penalty of perjury that the foregoing information is true and correct.

Dated: November 15, 2023.

Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

Case 1:23-cv-06585-JGLC Document 10 Filed 11/01/23 Page 1 of 1
Case 1:23-cv-06585-JGLC Document 22 Filed 11/15/23 Page 3 of 3
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club,<br><br>*Plaintiff(s)*<br>v.<br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-cv-6585 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Adams, Mayor of the City of New York
City Hall, New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anthony N. Iannarelli Jr.
Attorney at law
74 Lafayette Avenue
Suite 202 #116
Suffern, New York 10901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/01/2023

/S/ V. BRAHIMI
*Signature of Clerk or Deputy Clerk*

