UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        |
MOHAMED JOHN AKHTAR and LA BUCA         |
RESTAURANT, INC. d/b/a SWING 46 JAZZ    |
AND SUPPER CLUB,                        |
                           Plaintiff    |
                                        |
            -against-                   |          23-CV-6585 (JGLC) (VF)
                                        |
ERIC ADAMS, Mayor of the City of New    |
York, ROHIT T. AGGARWALA, New York      |
City Department of Environmental Protection, |
ERIC I. EISENBERG and JOHN AND JANE     |
DOES ONE THROUGH THIRTY,                |
                                        |
                           Defendants   |
                                        |
_____|

**NOTICE OF MOTION AND MOTION OF ERIC EISENBERG TO DISMISS
PURSUANT TO RULES 12(B)(1), 12(B)(2), 12(B)(4), 12(B)(5) AND 12(B)(6)**

PLEASE TAKE NOTICE that, upon the Plaintiff's pleading and the annexed

Memorandum of Law, and all prior proceedings herein, the undersigned Eric Eisenberg, to the

extent he may be a Defendant in this action, hereby moves this Court, at 500 Pearl Street, New

York, NY 10007-1312, before the Hon. Jessica G. L. Clarke, United States District Judge of the

Southern District of New York, at a date and time to be determined by this Court, for an Order

pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(4), 12(b)(5), and 12(b)(6),

dismissing all claims which may be asserted against him, with prejudice in their entirety, and

awarding such other relief as the Court may deem just and proper.

1

Opposition papers shall be filed on or before December 11, 2023.

Reply papers shall be filed within seven days thereafter.


Dated:       Miami, Florida                    Respectfully submitted,
             November 27, 2023

                                               s/      *Eric Eisenberg*
                                               ERIC EISENBERG
                                               1300 S Miami Ave
                                               Unit 1408
                                               Miami, FL 33130
                                               (646) 801-6705
                                               ericeis@gmail.com