Eric Eisenberg <ericeis@gmail.com>

## Your Motion

**Eric Eisenberg** <ericeis@gmail.com>                                                Wed, Dec 27, 2023 at 8:18 PM
To: Anthony Iannarelli <anilaw2@gmail.com>

Dear Mr. Iannarelli,

I am in receipt of your below email. I hope you had a good Christmas as well, and all the best to your family.

I do not consent to your request for a second extension of time to oppose the Motion to Dismiss, for at least the following six reasons:

(1) You previously represented to the Court, in obtaining an extension past Christmas, that "I am not asking for any consideration for the intervening holiday period . . .," (D.I. 31) yet you are now asking for an extra day or extra days in light of Christmas;

(2) Despite your above representation, the Court previously granted you a 16 day extension, more than you previously asked for, presumably to account for the Christmas holiday (D.I. 33);

(3) Your current extension request, made a few hours before the Court-ordered extended deadline expires, is not timely under the Judge's Local Rules, as attendance at Christmas festivities could have been predicted well in advance and is not an emergency. Nonetheless, you have forced me to write back to you, and potentially to the Court, on an emergency basis;

(4) Your client's continued, baseless, allegation of fraud, arising out of a claim that a citizen reporter touched a cell phone to a speaker or window of Swing 46, for which you have ignored my prior request to provide any evidence as a show of good faith, is reputationally harmful, and ought to be disposed of as quickly as possible to avoid further harm;

(5) It is personally stressful to me, and a waste of my time, to repeatedly await receipt of papers from you, only for you to not comply with the deadline - there is a long history in this case of you ignoring Court orders and deadlines; and

(6) I had planned to use the upcoming Friday and weekend to review your Opposition and begin to formulate a strategy for a response - it is not fair to upset my settled expectations and my schedule based on your untimely and repeated extension requests.

I would appreciate it if you would include this entire email chain with any letter extension request you may submit to the Court, to avoid you again misconstruing my position as you did with your previous extension request (D.I. 31).

Best,
Eric Eisenberg


> On Wed, Dec 27, 2023 at 6:53 PM Anthony Iannarelli <anilaw2@gmail.com> wrote:
>> Dear Mr. Eisenberg, Hope you had a good holiday and are looking forward to the New Year. Unfortunately, and in spite of my best efforts, I have to ask you for another day, or possibly two, to complete plaintiffs' Response in Opposition to the Motion to Dismiss.
>>
>> I am sorry to have to ask, but Christmas intervened, and notwithstanding they are adults, I am still the father to three children.
>>
>> Thank you for your consideration. A. Iannarelli
>>
>>
>> --
>> Anthony N. Iannarelli Jr.
>> Attorney at Law
>> 201-236-1838                              Exhibit A-1
>> anilaw2@gmail.com

Exhibit A-2