UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MOHAMED JOHN AKHTAR and LA BUCA
RESTAURANT, INC. d/b/a SWING 46 JAZZ
AND SUPPER CLUB,
                              Plaintiff

                -against-                      23-CV-6585 (JGLC)(VF)

ERIC ADAMS, Mayor of the City of New
York, ROHIT T. AGGARWALA, New York
City Department of Environmental Protection,
ERIC I. EISENBERG and JOHN AND JANE
DOES ONE THROUGH THIRTY,

                              Defendants
_____

### ERIC EISENBERG'S LETTER RESPONSE TO PLAINTIFFS' SECOND JANUARY 2, 2024 LETTER MOTION FOR EXTENSION OF TIME (D.I. 37)

Dear Judge Clarke,

    I, Eric Eisenberg, write in response to Plaintiffs' second, redundantly-filed, letter motion of January 2, 2024, (D.I. 37) seeking, 6 days after the December 27, 2023 extended deadline to respond to my Motion to Dismiss, (D.I. 24), a retroactive further extension of time to respond to this Motion. Plaintiffs first filed this letter as D.I. 35.

    I refer to, in response, and incorporate, the letter I submitted as D.I. 36, and the exhibit thereto (D.I. 36-1).

1

| | | |
|---|---|---|
| Dated (and executed in): | Miami, Florida<br>January 2, 2024 | Respectfully submitted, |
| | | s/      *Eric Eisenberg*<br>ERIC EISENBERG<br>1300 S Miami Ave<br>Unit 1408<br>Miami, FL 33130<br>(646) 801-6705<br>ericeis@gmail.com |
| cc: all parties (by ECF) | | |