UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

Mohamed John Akhtar and
La Buca Restaurant, Inc. d/b/a
Swing 46 Jazz and Supper Club,

                                      Plaintiffs,

-against-

Eric Adams, Mayor of the City of
New York, Rohit T. Aggarwala, New
York City Department of
Environmental Protection, Eric I.
Eisenberg, and John and Jane
Does One through Thirty,

                                      Defendants.

**NOTICE OF MOTION TO DISMISS**

23 CV 6585 (JGLC)

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, defendants Eric Adams, as Mayor of the City of New York, Rohit T. Aggarwala, and the New York City Department of Environmental Protection (collectively "City Defendants"), will move this Court before the Honorable Jessica G. L. Clarke, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint and for such other and further relief as the Court may deem just and proper.

Dated:      New York, New York
                January 26, 2024

                                        HON. SYLVIA O. HINDS-RADIX
                                        Corporation Counsel
                                            of the City of New York
                                        *Attorney for City Defendants*
                                        100 Church Street
                                        New York, New York 10007
                                        Office: (212) 356-2214

kdevine@law.nyc.gov
GZilkha@law.nyc.gov

By: *Kerri A. Devine* /s/ *Genan Zilkha* /s/
      Kerri A. Devine
      Genan Zilkha
      Assistant Corporation Counsels

-2-