**Anthony N. Iannarelli Jr.**
*Attorney at Law*
**74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031**
anilaw2@gmail.com

February 19, 2024

Hon. Valerie Figueredo
Magistrate Judge
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

    Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
      23-cv-06585 (JGLC) (VF)

Dear Magistrate Figueredo,

  I represent Plaintiffs in the above captioned matter and offer this correspondence consistent with Local Rule 2(e).  I write in respect to a dispositive motion filed by defendants Eric Adams *et al*. that is currently pending.

  I must request an adjournment of thirty (30) days from the due date for filing Plaintiff's Response in Opposition.  I have contacted counsel for these defendants, and I have been informed they have no opposition to this request.

  Consistent with the Health Insurance Portability and Accountability Act 1996, I will file with the Court under separate cover the basis for this request.

  Thank you for your consideration of the foregoing.

    Respectfully submitted,

    *Anthony N. Iannarelli Jr.*
    Anthony N. Iannarelli Jr.
    Attorney for Plaintiffs

<u>Copied via ECF</u>
Ms. Kerri A. Devine, Esq.
Ms. Genan F. Zilkha, Esq.
Mr. Eric Eisenberg, Esq.

<u>Via Hand</u>

1

2

Mr. Mohamed John Akhtar
LaBuca Restaurant, Inc. d/b/a Swing 46