**Anthony N. Iannarelli Jr.**
*Attorney at Law*
**74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031**
anilaw2@gmail.com

February 19, 2024

Hon.  Valerie Figueredo
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

   Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
     23-cv-06585 (JGLC) (VF)

Dear Magistrate Figueredo,

  By separate correspondence I made a request for an adjournment of thirty (30) days from the due date for filing Plaintiff's Response in Opposition to defendants Eric Adams *et al.* dispositive motion to dismiss. I have been informed by counsel for these defendants they have no opposition to this request. Consistent with the Health Insurance Portability and Accountability Act of 1996, I am filing this correspondence as a confidential document and request it be sealed..

  I have encountered a sudden onset of fluid on my retina that has affected my vision. While a serious condition, it is treatable by injection by an ophthalmologist directly into the retina.  I am scheduled for my second injection, tomorrow, Tuesday, February 20, 2024.

  I am hopeful my vision will return to normal within several weeks; however,  and because I am not sure of my recovery time, I have asked for a thirty (30) day extension to file plaintiffs' Response in Opposition to the aforementioned defendants' motion. While I have looked, and perhaps due to my impaired vision, I have not been able to locate the exact date that plaintiffs' response is due.

  Currently, and by request of all defendants, discovery has been stayed. I did not oppose their request. There is nothing emergent that needs the immediate attention of the Court.

  I can provide further document if requested, and I thank you for your consideration of the foregoing.

     Respectfully submitted,

1

<u>*Anthony N. Iannarelli Jr.*</u>
Anthony N. Iannarelli Jr.
Attorney for Plaintiffs