

| | | |
|---|---|---|
| **Hon. Sylvia O. Hinds-Radix**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KERRI A. DEVINE**<br>phone: (212)356-2214<br>fax: (212)356-2019<br>email: kdevine@law.nyc.gov |

February 15, 2024

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Akhtar, *et ano*. v. Adams, *et al.*, 23 CV 6585 (JGLC)(VF)

Dear Judge Figueredo:

      This office represents defendants Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, Commissioner of the New York City Department of Environmental Protection ("DEP") and DEP in the above-referenced matter (collectively "City Defendants"). By Order dated February 7, 2024 (ECF Dkt. 47), the Court granted the City Defendants' motion for a stay of discovery pending a determination on their motion to dismiss the Complaint.

      In light of this stay, and pursuant to Section I.e. of the Court's Individual Practices in Civil Cases, we write to respectfully request that the Initial Case Management Conference scheduled for March 4, 2024 (ECF Dkt. 44), and all related deadlines set forth in the Initial Case Management Conference Order with respect to the 26(f) conference, be adjourned until after the City Defendants' motion to dismiss has been decided. This is the first request for an adjournment of the Initial Case Management Conference. We are making this request because, as the City Defendants have a strong basis for their motion to dismiss, and as discovery is currently stayed, engaging in the Rule 26(f)conference would at this time have limited value. The Plaintiffs and Co-Defendant Eric Eisenberg consent to this request.

      Thank you for your consideration in this matter.

                                             Respectfully submitted,

                                             **HON. SYLVIA O. HINDS-RADIX**
                                             Corporation Counsel of the City of New York
                                             Attorney for City Defendants
                                             100 Church Street
                                             New York, New York 10007
                                             (212) 356-2214

By:    <u>_Kerri Devine_ /s/ _Genan F. Zilkha_ /s/</u>
       Kerri Devine
       Genan F. Zilkha
       Assistant Corporation Counsels

CC: Counsel of Record
    (By ECF)

> Application Granted
>
> _[signature]_
> _____
> Valerie Figueredo, U.S.M.J.
>       DATED:    February 21, 2024
>
> The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48.

2