**Anthony N. Iannarelli Jr.**
***Attorney at Law***
**74 Lafayette Avenue**
**Suite 202 # 116**
**Suffern, New York 10901**
**212-431-1031**
anilaw2@gmail.com

February 21, 2024

Hon.  Valerie Figueredo
Magistrate Judge
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

      Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
         23-cv-06585 (JGLC) (VF)

Dear Magistrate Figueredo,

    I have just had the benefit of being read (for HIPPA reasons) a response letter filed by defendant Mr. Eric Eisenberg, Esq., dated February 19, 2024, in opposition to plaintiffs' request for an Extension of Time to respond to defendant Adams *et al*.' motion. That dispositive motion was filed by New York City Law Department attorneys Ms. Kerri A. Devine and Ms. Genan F. Zilkha, neither of which have opposed plaintiffs' request.

    I make a general denial of defendant Eisenberg's allegations, but specifically deny  the allegation that the Hon. Jessica G. L. Clarke, U.S. Judge, has ever weighed in on the instant request. Rather, Judge Clark's directive had to do with defendant Eisenberg's dispositive motion. As an attorney, defendant Eisenberg, is, or should be, aware of the distinction between the two separate issues.

    It is noteworthy that I have consented, or not opposed, any request defendant Eisenberg has made to the Court.

    I am not going to respond to defendant Eisenberg's character attacks directed towards me.  I will ask that he refrain from using these issues as an opportunity to submit to the Court unrelated and unsworn testimony.

    Thank you for your consideration of the foregoing.

        Respectfully submitted,

        <u>*Anthony N. Iannarelli Jr.*</u>

Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

<u>Copied via ECF</u>
Ms. Kerri A. Devine, Esq.
Ms. Genan F. Zilkha, Esq.
Mr. Eric Eisenberg, Esq.

<u>Via Hand</u>
Mr. Mohamed John Akhtar
LaBuca Restaurant, Inc. d/b/a Swing 46