**Anthony N. Iannarelli Jr.**
*Attorney at Law*
**74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031**
anilaw2@gmail.com

February 19, 2024

Hon.  Valerie Figueredo
Magistrate Judge
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

   Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
    23-cv-06585 (JGLC) (VF)

Dear Magistrate Figueredo,

 I represent Plaintiffs in the above captioned matter and offer this correspondence consistent with Local Rule 2(e).  I write in respect to a dispositive motion filed by defendants Eric Adams *et al*. that is currently pending.

 I must request an adjournment of thirty (30) days from the due date for filing Plaintiff's Response in Opposition.  I have contacted counsel for these defendants, and I have been informed they have no opposition to this request.

 Consistent with the Health Insurance Portability and Accountability Act 1996, I will file with the Court under separate cover the basis for this request.

 Thank you for your consideration of the foregoing.

   Respectfully submitted,

   *Anthony N. Iannarelli Jr.*
   Anthony N. Iannarelli Jr.
   Attorney for Plaintiffs

<u>Copied via ECF</u>
Ms. Kerri A. Devine, Esq.
Ms. Genan F. Zilkha, Esq.
Mr. Eric Eisenberg, Esq.

<u>Via Hand</u>

1

Mr. Mohamed John Akhtar
LaBuca Restaurant, Inc. d/b/a Swing 46

> Application Granted
>
> *Valerie Figueredo, U.S.M.J.*
>
> DATED: February 21, 2024
>
> Plaintiffs' request for an extension is **GRANTED**. Plaintiffs' counsel has provided good cause for the extension request as detailed in ECF No. 50. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 49, 50, and 53.

2