**Anthony N. Iannarelli Jr.**
*Attorney at Law*
74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031
anilaw2@gmail.com

March 11, 2024

Hon. Valerie Figueredo
Magistrate Judge
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

      Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
          23-cv-06585 (JGLC) (VF)

Dear Magistrate Figueredo,

     Once again I am confronted with a "letter motion" from *pro se* defendant Eric Eisenberg seeking to unseal a document, along with alleging that I have personality engaged in some unspecified "misrepresentation."

     I offer a general denial to the allegations, and while I will not be seeking Rule 11 sanctions at this time for a clearly frivolous motion, my patience has worn thin. Instead, I am asking Court for an in-person conference with participation for all attorneys of record, including Mr. Eric Eisenberg as his own counsel (in the event he has not retained counsel).

     I always try to negotiate settle settlements regardless of a case's status, but that does not appear practical at this this time. There appears to be a overly hubristic belief that plaintiffs' case is no longer viable based upon the mere filing of defense motions to dismiss on the pleadings. This belief does not take into account that plaintiffs' have not moved to amend any defects, if any, in the complaint, along with the ever present potential, as in any case, for Second Circuit review.

1

  I believe all parties can save time, including that of the Court's, along with expenses, by seriously considering settlement negotiations. For that to occur, I have no doubt that the Court's guidance will be needed.

  If possible, I would like to do this as quickly as possible before plaintiffs' response to the NYC Government's motion to dismiss will be due. Alternatively, and as all defendants have asked for, and received, a stay in discovery, plaintiffs' response can be stayed pending negotiation session(s).

  Thank you for your consideration of the foregoing.

    Respectfully submitted,

    *Anthony N. Iannarelli Jr.*
    Anthony N. Iannarelli Jr.
    Attorney for Plaintiffs

<u>Copied via ECF</u>
Ms. Kerri A. Devine, Esq.
Ms. Genan F. Zilkha, Esq.
Mr. Eric Eisenberg, Esq.

<u>Via Hand</u>
Mr. Mohamed John Akhtar
LaBuca Restaurant, Inc. d/b/a Swing 46

2