**Anthony N. Iannarelli Jr.**
*Attorney at Law*
74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031
anilaw2@gmail.com

April 9, 2024

Hon. Valerie Figueredo
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

    Re: <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
      23-cv-06585 (JGLC) (VF)

Dear Magistrate Figueredo,

  I am in receipt of a Response in Opposition, dated April 10, 2024, in response to my request for an accommodation by way of a week's extension, from defendant Eric Eisenberg. I immediately consulted with one of my physicians concerning Mr. Eisenberg's letter, and he was absolutely baffled that someone would say what Mr. Eisenberg has said in his letter. He has offered to write the Court a further explanation concerning my medical condition, if necessary.

  I have been battling to save the vision in my left eye for months now. I kept quiet about it because I felt embarrassed, and I had a suspicion I would be subjected to abuse. That is one of the reasons why HIPPA was enacted, so the sick and injured would be allowed some level of privacy and dignity with respect to their personal medical conditions.

  For some time now my work schedule has had to be adjusted to accommodate my disability. I can get the work done, but it is taking much longer than usual. I have other courts for which I have had to ask for extensions, but nowhere have I encountered anything for which I am being subjected to here. Not a single one.

  The vision in my left eye is impaired, and in an attempt to save what's left, I have to receive an injection directly through the eyeball into the retina. Because my eyes were healthy up to now, I have a rear fear that something might happen to the other eye. The thought of becoming blind causes me to shutter.

  This has taken a horrible emotional toll upon my person; but I will not let this ailment define who I am. Nor will I allow defendant Eisenberg, and I hope he is happy about the

latest news. And because of him, I have been forced to make my personal medical care public. I have lost my right of privacy, and now Mr. Eisenberg would like to see a lawful accommodation that I am entitled to taken from me.

The motion in question was filed by attorneys for the City of New York have no objection to my request. They have been understanding and empathetic over my situation.

Again, if the Court would like more information about my medical condition, along with the consequences I have suffered, the doctor is willing to provide additional information. But quite possibly it might be more personal, so it will have to be delivered under seal.

Thank you for Your Honor's attention to the foregoing.

Respectfully submitted,

*Anthony N. Iannarelli Jr.*
Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

CC Via ECF
Ms. Kerri Devine, Esq.
Ms. Genan F. Zilkha
   Assistant Corporation Counsels
Mr. Eric Eisenberg, Esq.
   Defendant *pro se*