## Jones, Marilyn (OATH)

| | |
|---|---|
| **From:** | agencymail customercare |
| **Sent:** | Wednesday, July 12, 2023 2:02 PM |
| **To:** | OATHnewdate (OATH) |
| **Subject:** | City of New York - Correspondence #1-1-9362769 OATHECB_NewDate |

Below is the result of your feedback form. It was submitted by
() on Wednesday, July 12, 2023, at 02:01:15 PM

---

This form resides at
hxxxs://www[.]nyc[.]gov/site/oath/clerks-office/request-to-reschedule-an-upcoming-hearing-online[.]page

---

Summons Number: 000600438L

Summons Number 2:

Summons Number 3:

Summons Number 4:

Summons Number 5:

Summons Number 6:

Your First Name: Anthony

Your Last Name: Iannarelli

Doing Business As (DBA): As attorney for respondent Swing 46.

Address: c/o 349 West 46 Street

Apartment/Suite #:

City: New York (Manhattan)

State: NY

ZIP Code: 10036

Your Availability: I have been awaiting a phone to proceed at hearing since 9:30 a.m., Wednesday, July 12, 2023. If you are not going to proceed with the hearing today, please advise and reschedule as soon as possible. A.I.

New Hearing First Name: Anthony

1

New Hearing Last Name: Iannarelli

New Hearing Email: anilaw2@gmail.com

Phone: 212-431-1031

New Hearing Address: 74 Lafayette Avenue

New Hearing Apartment/Suite #: Suite 202, #116

New Hearing City: Suffern

New Hearing State: NY

New Hearing ZIP Code: 10901

Are you the named Respondent on the summons: No

Check the box that best describes who you are: Attorney

What is the name of the person who asked you to make this request: M. S. Akthar a/k/a John

What is that person's relationship to the named Respondent: Owner/Operater

Are you authorized to represent the Respondent: Yes

On what date did Respondent first learn about this ticket: Jun 15, 2023

How did the Respondent learn about the ticket: Via Mail

I Understand: Understood

Affirmation: Affirmed

Certification: Certified

---------------------------------------------------------------------------

HTTP_ADDR: 74.105.139.137, 23.194.131.63, 23.215.131.13, 10[.]138[.]109[.]84
REMOTE_HOST: apps[.]nyc[.]gov
HTTP_USER_AGENT: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:109.0) Gecko/20100101 Firefox/115.0
True-Client-IP: 74[.]105[.]139[.]137

This email, including any attachments, may contain confidential, privileged, or otherwise legally protected information intended solely for the person(s) or entity(ies) to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the email or its attachments is prohibited. Please immediately notify the sender of your access to the email or its attachments by replying to the message and delete all copies.

| | |
|---|---|
| **From:** | Anthony Iannarelli |
| **To:** | Manhattan, Remote (OATH); ClerksOffice |
| **Subject:** | [EXTERNAL] Summons 000600438L Swing |
| **Date:** | Wednesday, July 12, 2023 2:07:47 PM |

Some people who received this message don't often get email from anilaw2@gmail.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hello, What is the status of today's hearing?  (Wednesday, July 12, 2023. )  I have been on standby since 9:30 a.m. awaiting a call to commence the hearing on behalf of my client.   A. Iannarelli


--
Anthony N. Iannarelli Jr.
Attorney at Law

anilaw2@gmail.com

**From:** Garcia, Imani (OATH)
**To:** anilaw2@gmail.com
**Subject:** FW: [EXTERNAL] 000600438l Swing 46
**Date:** Wednesday, July 12, 2023 9:21:52 AM
**Attachments:** ~WRD0001.jpg
image002.png

Thank you for contacting the Clerk's Office.
In order to have a telephone hearing you must first request a telephone hearing.
**Phone Instructions**
OATH hearings are generally held by phone or by submitting a written defense online (if eligible – yours is not). To schedule hearings by phone, respondents and representatives are asked to email OATH at the hearing location listed on their summons *3 days before* the scheduled hearing date. If the hearing is within 3 business days, send the request ASAP to:

BRONX: RemoteBronx@oath.nyc.gov
BROOKLYN: RemoteBKLYN@oath.nyc.gov
MANHATTAN: RemoteManhattan@oath.nyc.gov
QUEENS: RemoteLIC@oath.nyc.gov
STATEN ISLAND: RemoteSI@oath.nyc.gov

**Emails must include the following:**

1. All summons numbers for the summonses you want to have a hearing by phone;

2. Respondent's name, as it appears on the summons(es);

3. If you are not the respondent named on the summons, tell us your relationship to respondent;

4. If you are a registered rep, you must also attach a copy of your authorization for each respondent.

After you contact us, OATH will then send you an email with the phone number and password (PIN) to use for your phone hearing. **If you do not receive this email from OATH by the morning of your hearing date, check your junk or spam folder and if you still do not find an OATH email then email:** clerksoffice@oath.nyc.gov

To request a hearing in-person at an OATH office, submit a request **at least** 5 business days before the hearing date to LiveHearings@oath.nyc.gov Please be aware that petitioners are not present at in person hearings, but instead participate by telephone.

**If you or your representative do not participate in a hearing on or before your hearing date, or request a reschedule (if eligible), your case will go into default.**

**Please do not directly respond to this email. Responses must be sent to** clerksoffice@oath.nyc.gov **for a reply.**

Regards,
I.Garcia
Post Hearing & Correspondence Clerk
Office of Administrative Trials and Hearings
New York, NY 10038

New Logo

**From:** Anthony Iannarelli <anilaw2@gmail.com>
**Sent:** Wednesday, July 12, 2023 9:13 AM
**To:** ClerksOffice <ClerksOffice@oath.nyc.gov>
**Subject:** [EXTERNAL] 000600438l Swing 46

Some people who received this message don't often get email from anilaw2@gmail.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).



Hello, I am the attorney for Swing 46. I have previously contacted "OATH" to determine how the case will be proceeding today? I have not been sent neither a phone number to call in, nor a pin number. Please contact me to advise as to how we will be proceeding today, Wednesday, July 12, 2023. My cell phone number is ▮▮▮▮▮▮▮▮. Thank you. Anthony Iannarelli, Attorney at law of New York

--

Anthony N. Iannarelli Jr.
Attorney at Law
▮▮▮▮▮▮▮▮
anilaw2@gmail.com

| | |
|---|---|
| **From:** | Capers, Nadine (OATH) |
| **To:** | anilaw2@gmail.com |
| **Subject:** | FW: [EXTERNAL] Summons 000600438L Swing |
| **Date:** | Wednesday, July 12, 2023 2:19:34 PM |
| **Attachments:** | image001.png |

Thank you for contacting the Clerk's Office.

Your submission was received by OATH and is being processed. You will receive a reply in the mail. Please be patient.

For the latest information on your summons, use our website's "Summons Finder" feature which has the most accurate information on your summons. **Please check Summons Finder before emailing the Clerk's Office.** To access, please click on this link http://a820-ecbticketfinder.nyc.gov/searchHome.action and enter the summons # in the search box; utilizing the number zero "0" in front of the actual sequence of numbers shown (for example): 012345678X.

**If it has been more than 4 weeks and you do not see an update on your case in Summons Finder, please email the Clerk's Office.**

**Please do not directly respond to this email. Responses must be sent to clerksoffice@oath.nyc.gov for a reply.**

Regards,
Nadine Capers
Community Service Aide
Office of Administrative Trials and Hearings, Clerks Office

66 John Street, 10th Floor
New York, NY 10038

New Logo



**From:** Anthony Iannarelli <anilaw2@gmail.com>
**Sent:** Wednesday, July 12, 2023 2:08 PM
**To:** Manhattan, Remote (OATH) <RemoteManhattan@oath.nyc.gov>; ClerksOffice <ClerksOffice@oath.nyc.gov>
**Subject:** [EXTERNAL] Summons 000600438L Swing

> Some people who received this message don't often get email from anilaw2@gmail.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hello, What is the status of today's hearing? (Wednesday, July 12, 2023. ) I have been on standby since 9:30 a.m. awaiting a call to commence the hearing on behalf of my client. A. Iannarelli

--

Anthony N. Iannarelli Jr.
Attorney at Law

anilaw2@gmail.com

 **OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**
Hearings Division

66 John Street
10th Floor
New York, NY 10038
1-844-OATH-NYC

June 2nd, 2023

Anthony Iannarelli Jr.

Re: **Summons number**: 000600438L

Dear Respondent,

**Your hearing date is:** 07/12/23
This notice is to alert you that OATH is in receipt of your submission. **However, this violation does not qualify for an online/mail hearing. Please email a week before your hearing date:** RemoteManhattan@oath.nyc.gov in order to be scheduled for a **remote** hearing. Your original submission is attached.

Thank You.

Office of Administrative Trails and Hearings
**Remote Adjudication Unit**
66 John Street, 10th Floor
New York, NY 10038
(212)-436-0777 / (212)-436-0817

OFFICE OF ADMINSTRATIVE
TRIALS & HEARING

MAY 30 2023

New York City Department of
Environmental Protection,
   Plaintiff,

         v.

Swing 46,
   Respondent

SUMMONS #s  0000600438L, DNQ
000600396M, 00028118N, &
0060695M

To:   HON. HEARING OFFICER
NEW YORK CITY OFFICE
OF TRIALS AND HEARINGS
66 JOHN STREET, 10TH FLOOR
NEW YORK, NY 10036

Pursuant to the Administrative Code of the City of New York, Sections § 1-101 *et seq.*, along with all federal and state statutory and constitutional safeguards, Respondent pleads as follows:

1. <u>NOTICE OF APPEARANCE AND DENIAL OF ALL ALLEGATIONS</u>

PLEASE TAKE NOTICE that Anthony N. Iannarelli Jr., an Attorney at Law of New York, appears in behalf of Respondent Swing 46, 349 West 46th Street, New York, NY 10036 and enters in its behalf a denial of each and every allegation contained within the above captioned matter and as alleged by Plaintiff Department of Environmental Protection.

Kindly send all correspondence to the undersigned's address as appearing below. Alternatively, counsel will consent to delivery of any material related to this matter by email at: anilaw2@gmail.com.

2. <u>REQUEST FOR DISCOVERY</u>

PLEASE TAKE NOTICE Respondent requests discovery, inclusive of any and all videotapes, lab reports/results, photographs, signed affirmation or affidavits, witness statements, police reports, Department of

Environmental Protection reports, notes taken by civilian and/or government employees, and any other relevant material in this matter.

Respondent also requests the names, addresses, and phone numbers, along with email addresses, of any witnesses or persons, having information related to these summonses, that are known to Plaintiff. If unknown to Plaintiff, Respondent requests that Plaintiff conducts a diligent search for the information.

Respondent also requests records pertaining to any payments, or promise of payments, made to civilians by Plaintiff in exchange for assistance in prosecuting the summons herein, or any other summons, within the Borough of Manhattan.

This is a continuing demand in that any material discovered subsequent to this request, that material shall be immediately turned over to Respondent. If Plaintiff fails to do so, Respondent will move for preclusion at hearing or trial.

### 3. NOTICE OF MOTION TO CONSOLIDATE ALL MATTERS

PLEASE TAKE NOTICE that the undersigned will move in Respondent's behalf, on a date to be set by the Office of Administrative Trials and Hearing, for a hearing to consolidate all matters, including any that may be unknown to Respondent, into one hearing date and time. This request is made so that an undue burden is not imposed upon Respondent, and to save time and resources of the Office of Hearing and Trials.

### 4. NOTICE OF MOTION TO SUPPRESS EVIDENCE

PLEASE TAKE NOTICE that the undersigned will move in Respondent's behalf, on a date to be set by the Office of Administrative Trials and Hearings, for a hearing on Respondent's request to suppress any evidence Plaintiff intends on offering at a hearing or trial.

Dated: May 12, 2023

Respectfully submitted,

*Anthony N. Iannarelli Jr.*

Anthony N. Iannarelli Jr.  
Attorney for Respondent  
74 Lafayette Avenue  
Suite 202 #116  
Suffern, NY 10901  
212-431-1031  
<u>Anilaw2@gmail.com</u>

Cc: Department of Environmental Protection

Hon. Hearing Officer
NYC Office of Trials
66 John Street, 10th Floor
New York, NY 10038