

# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| **Summons/Notice Number:** | 014069161M |
| **Date Issued:** | 06/16/2023 |
| **Issuing Agency:** | FIRE DEPARTMENT OF NYC |
| **Respondent Name:** | LA BUCA RESTARAUNT INC |
| **Balance Due:** | $3000.00    How To Pay |
| **Inspection Location:** | 349 W 46 ST NEW YORK NY 10036 |
| **Respondent Address:** | |

View Image of Summons/Notice

## More Details

| | |
|---|---|
| **Status of Summons/Notice:** | RESCHEDULED |
| **Hearing Result:** | DEFAULTED |
| **Hearing Location:** | Manhattan    Hearing Locations |
| **Hearing Date:** | 05/01/2024    One Click    Hearings by Telephone    How To Pay |

## Explanation of Charges

New Search

Copyright 2011 The City of New York                     Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map

# NYCServ Violation Copy
Internet


14069161M



**FDNY SUMMONS FOR CIVIL PENALTIES ONLY**
**SUMMONS NUMBER: 014069161M**
**ENFORCEMENT AGENCY NAME : NEW YORK CITY FIRE DEPARTMENT**
014069161M

**DIVISION:** FP  **UNIT:** PUBLIC ASSEMBLY     **ADMIN COMPANY:** E054
**AGENCY ADDRESS AND PHONE NUMBER:** 9 MetroTech Center, 1st Flr, Brooklyn, NY 11201, (718) 999-2392

**RESPONDENT:** LA BUCA RESTAURANT INC
**MAILING ADDRESS :**  349 W 46TH ST,NEW YORK NY 10036-3816

| | |
|---|---|
| **ACCOUNT NUMBER:** 87070710 | **DBA:** SWING 46 |
| **UNIT PHONE NUMBER:** | **CELL PHONE:** (212)262-9554 |

**DATE OF OCCURRENCE:** 06/16/2023         **TIME OF INSPECTION:** 02:13 PM
**PLACE OF OCCURRENCE:** 349 WEST 46 STREET         **BOROUGH:** MANHATTAN

You must respond to this Summons.  OATH hearings are generally held by telephone.  For this and other options on how to respond, see the important information section on this summons.

**HEARING DATE:**  8/2/2023         **HEARING TIME:**   10:30 AM         **BOROUGH:**   MANHATTAN
**HEARING LOCATION:**    OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS         **PHONE: (844) 628-4692**
66 JOHN STREET, 10TH FLOOR, NEW YORK, NY 10038
**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE**

**WARNING:** If you do not respond to this summons, the City will decide the Summons against you and penalties will be imposed. Failure to pay a civil penalty could lead to the denial of an application for, or the suspension, termination or revocation of a City license, permit or registration. In addition, the city may enter a judgement against you in court.

**ORDER TO CORRECT AND CERTIFY CORRECTION:**
PLEASE TAKE NOTICE that the premises cited above is in violation of the requirements of law.It is further ORDERED by the FIRE COMMISSIONER that these violations be corrected and certified to be in compliance with the requirements of law within 35 days of the date of issuance.

**See important information section for further instructions.**
 **COMPLIANCE DATE:**      7/21/2023

**Details of Violation(s)**
Upon investigation, the New York City Fire Department has determined that the respondent is in violation of the following requirements of the New York City Administrative Code and/or the rules of the City of New York.These requirements have been grouped into violation categories (VC) for enforcement purposes. This grouping is allowed by Fire Department rule 3 RCNY 109-02.

| Violation Category | Violation Details |
|---|---|
| VC17 | CERTIFICATES OF FITNESS AND CERTIFICATES OF QUALIFICATION |
| VC27 | ELECTRICAL LIGHTING HAZARDS |
| VC5 | RECORDKEEPING |

**Description of Violation**
**SEE SUPPLEMENT ATTACHED**

**Supplement Attached**
**Maximum penalty for each First Offense: $1000**
**Maximum penalty for each Repeat Violation: $5000**
NYC charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.
I, an employee of the agency named above, affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above and/or verified their existence through a review of departmental records. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

**Signature:** *Mohammed M Rahman*     **Name:**   MOHAMMED RAHMAN
**Title:**    Inspector                             **ID:**   1556560