Skip to main contentSkip to footer links



Home   Data   About   Learn   Alerts   Contact Us   Sign In

Introducing our new data shaping and exploration experience: Filter, group, aggregate, and more! Try it now   Learn more   ✕

table

# OATH Hearings Division Case Status

Based on
Based on OATH Hearings Division Case Status
Publishing to the public requires approval
IMPORTANT NOTICE: Searches using the search bar at the top of the dataset are currently not working and producing an error message. To search this data set, use the blue "Filter" function until this issue is resolved.
The OATH Hearings Division Case Status dataset contains information about alleged public safety and quality of life violations that are filed and adjudicated through the City's administrative law court, the NYC Office of Administrative Trials and Hearings (OATH) and provides information about the infraction charged, decision outcome, payments, amounts and fees relating to the case. The summonses listed in this dataset are issued and filed at the OATH Hearings Division by City enforcement agencies.
Expand

- - Subscribe to Changes
  - Share on Facebook
  - Share on X
- - View as a table
  - View as a rich list
  - View as a single row
  - View as a template
- Find in this Dataset  [Find in this Dataset]

- More Views
- Filter
- Visualize
- Export
- Discuss
- Embed
- About

Close grid sidebar

Help



Columns required for this view are missing

Privacy Policy    Terms of Use    Contact Us    FAQ

© 2024 City of New York. All Rights Reserved. NYC is a trademark and service mark of the City of New York.

Violation Location (Block No.)

| Ticket Number | Violation Date | Violation Time | Issuing Agency | Respondent First Name | Respondent Last Name | Balance Due | Violation Location (Borough) | Violation Location (Block No.) | Violation Location (Lot No.) | Violation Location (House #) | Violation Location (Street Name) | Violation Location (Floor) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 048290222N | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048282824K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048280239K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048279706M | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048277436M | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 048276539K | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048276076N | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048271229M | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048269802N | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048266994N | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048264881H | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048257446H | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048255938P | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048255023R | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048248590H | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 048239317M | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048239043Y | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048238275Z | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048236248Y | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048234729X | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048156924K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048150704L | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048150703J | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048142868H | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048138303Z | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048120259P | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048119137Z | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 047888422H | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 047864144K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 047116143P | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 0217925795 | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |

Checking in seconds...

| Ticket Number | Violation Date | Violation Time | Issuing Agency | Respondent First Name | Respondent Last Name | Balance Due | Violation Location (Borough) | Violation Location (Block No.) | Violation Location (Lot No.) | Violation Location (House #) | Violation Location (Street Name) | Violation Location (Floor) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0213231820 | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 0212244726 | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 0204845127 | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 0217230640 | | 01:16:00 | POLICE DEPARTMENT | | | $0.00 | MANHATTAN | 01797 | 0001 | 2370 | 2 AVENUE | |
| 0207519290 | | 15:51:00 | PARKS DEPARTMENT | BRANDON | MITCHELL | $75.00 | MANHATTAN | 24000 | 9995 | | HIGH BRIDGE | |
| 048233472P | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048217193M | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048217184K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048213662H | | 00:00:00 | | | | $-20.00 | NOT NYC | | | | | |
| 048210369P | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048205722K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048197726K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048187882N | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048170229J | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048152295Z | | 00:00:00 | | | | $-1,000.00 | NOT NYC | | | | | |
| 0217609004 | | 15:51:00 | POLICE DEPARTMENT | ABDOU | NDIAYE | $250.00 | MANHATTAN | | | | BROADWAY WALKER | |
| 0216206596 | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 048290813P | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048283518R | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048277000L | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048270223R | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048270215R | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 0211886080 | | 00:00:00 | POLICE DEPARTMENT | VICTOR | LOPEZ | $0.00 | BRONX | | | | 151 ST COURTLANDT AVE | |
| 048264226L | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 0199206738 | | 23:20:00 | POLICE DEPARTMENT | | | $25.00 | QUEENS | | | | 14 RD COLLEGE PT BLVD | |

| Ticket Number | Violation Date | Violation Time | Issuing Agency | Respondent First Name | Respondent Last Name | Balance Due | Violation Location (Borough) | Violation Location (Block No.) | Violation Location (Lot No.) | Violation Location (House #) | Violation Location (Street Name) | Violation Location (Floor) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0198822975 | | 00:00:00 | | | | $25.00 | MANHATTAN | | | | | |
| 048262333H | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048258278M | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 048257154X | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048257151K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048255022P | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048250302R | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048247856L | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048247575P | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048244645H | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048238660P | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048238272N | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 0213439784 | | 01:53:00 | PARKS DEPARTMENT | YMONI | JOHNSON | $75.00 | MANHATTAN | | | 95 | WEST 54 STREET | |
| 048306801L | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048301903J | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048282883K | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048281698Y | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048279278P | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048276836R | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048231313Z | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 048158090M | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048149626R | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048138308H | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 047953532R | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 047927976Z | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 0216954421 | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 0215582272 | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 0213049623 | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 0207712450 | | 10:12:00 | POLICE DEPARTMENT | | | $25.00 | BROOKLYN | 08709 | 0095 | 105 | BRIGHTON 11 STREET | |

| Ticket Number | Violation Date | Violation Time | Issuing Agency | Respondent First Name | Respondent Last Name | Balance Due | Violation Location (Borough) | Violation Location (Block No.) | Violation Location (Lot No.) | Violation Location (House #) | Violation Location (Street Name) | Violation Location (Floor) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0207504588 | | 00:00:00 | | | | $-75.00 | NOT NYC | | | | | |
| 0204846520 | | 00:00:00 | | | | $-100.00 | NOT NYC | | | | | |
| 0196427496 | | 02:11:00 | POLICE DEPARTMENT | | | $50.00 | BROOKLYN | | | | KINGSTON AVE HERKIMER ST | |
| 0196427487 | | 02:11:00 | POLICE DEPARTMENT | | | $50.00 | BROOKLYN | | | | KINGSTON AVE HERKIMER ST | |
| 0703481599 | | | DEPT OF TRANSPORTATION | D B A NATIONAL GRID | THE BROOKLYN UNION GAS COMPANY | $0.00 | MANHATTAN | | | 04 | 212 STREET AND HOLLIS AVENUE | |
| 0216956374 | | 06:10:00 | POLICE DEPARTMENT | | | $25.00 | MANHATTAN | | | | W 31 8TH AVE | |
| 0216471696 | | 19:48:00 | POLICE DEPARTMENT | VICTOR MANUEL | CUELLO RAMIREZ | $0.00 | BRONX | 02814 | 0065 | 2000 | ANTHONY AVENUE | |
| 0161015095 | | 10:40:00 | SANITATION OTHERS | | CHASE | $0.00 | MANHATTAN | 00793 | 0038 | 611 | AVENUE OF THE AMERICAS | |
| 048282831Z | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048274919N | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048242994R | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048237946X | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048204625Y | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |
| 048148342K | | 00:00:00 | | | | $-25.00 | NOT NYC | | | | | |
| 047296782M | | 00:00:00 | | | | $-50.00 | NOT NYC | | | | | |

Previous  Next  Showing Rows 1 to 100 out of 19,466,689