

# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| Summons/Notice Number: | 000285251Y |
| Date Issued: | 10/11/2022 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | BARDOUGH |
| Balance Due: | 0.00 |
| Inspection Location: | 350 WEST 46 STREET NEW YORK NY 10036 |
| Respondent Address: | 350 WEST 46 STREET NEW YORK NY 10036 |

View Image of Summons/Notice

## More Details

| | |
|---|---|
| Status of Summons/Notice: | HEARING COMPLETED |
| Hearing Result: | IN VIOLATION |
| Hearing Location: | SAU-Manhattan    Hearing Locations |
| Hearing Date: | 10/03/2023 |

## Explanation of Charges

[New Search]

Copyright 2011 The City of New York        Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map



# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| **Summons/Notice Number:** | 0216392377 |
| **Date Issued:** | 10/11/2022 |
| **Issuing Agency:** | MISCELLANEOUS AGENCIES |
| **Respondent Name:** | EZ PAELLA |
| **Balance Due:** | $5250.00    How To Pay |
| **Inspection Location:** | 744 9 AVENUE NEW YORK NY 10019 |
| **Respondent Address:** | 744 9 AVENUE NEW YORK NY 10019 |

View Image of Summons/Notice

## More Details

| | |
|---|---|
| **Status of Summons/Notice:** | RESCHEDULED |
| **Hearing Result:** | DEFAULTED |
| **Hearing Location:** | Manhattan    Hearing Locations |
| **Hearing Date:** | 11/18/2024    One Click    Hearings by Telephone    How To Pay |

## Explanation of Charges

[ New Search ]

Copyright 2011 The City of New York    Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map



# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| Summons/Notice Number: | 000285252X |
| Date Issued: | 10/11/2022 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | MARQUIS THEATRE |
| Balance Due: | 0.00 |
| Inspection Location: | 210 WEST 46 STREET NEW YORK NY 10036 |
| Respondent Address: | 210 WEST 46 STREET NEW YORK NY 10036 |

View Image of Summons/Notice

## More Details

| | |
|---|---|
| Status of Summons/Notice: | PAID IN FULL |
| Hearing Result: | IN VIOLATION |
| Hearing Location: | SAU-Manhattan    Hearing Locations |
| Hearing Date: | 06/14/2023 |

## Explanation of Charges

New Search

Copyright 2011 The City of New York         Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map



# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| **Summons/Notice Number:** | 000285253H |
| **Date Issued:** | 10/11/2022 |
| **Issuing Agency:** | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| **Respondent Name:** | O'DONOGHUE'S BAR |
| **Balance Due:** | 0.00 |
| **Inspection Location:** | 156 WEST 44 STREET NEW YORK NY 10036 |
| **Respondent Address:** | 156 WEST 44 STREET NEW YORK NY 10036 |

[View Image of Summons/Notice](#)

## More Details

| | |
|---|---|
| **Status of Summons/Notice:** | PAID IN FULL |
| **Hearing Result:** | IN VIOLATION |
| **Hearing Location:** | SAU-Manhattan    [Hearing Locations](#) |
| **Hearing Date:** | 07/18/2023 |

## Explanation of Charges

[New Search]

Copyright 2011 The City of New York    Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map



# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| Summons/Notice Number: | 0216392440 |
| Date Issued: | 10/11/2022 |
| Issuing Agency: | MISCELLANEOUS AGENCIES |
| Respondent Name: | RENAISSANCE HOTEL |
| Balance Due: | $1320.00    How To Pay |
| Inspection Location: | 714 7 AVENUE NEW YORK NY 10036 |
| Respondent Address: | 714 7 AVENUE NEW YORK NY 10036 |

View Image of Summons/Notice

## More Details

| | |
|---|---|
| Status of Summons/Notice: | HEARING COMPLETED |
| Hearing Result: | IN VIOLATION |
| Hearing Location: | By Phone    Hearing Locations |
| Hearing Date: | 04/02/2024 |

## Explanation of Charges

[ New Search ]

Copyright 2011 The City of New York    Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map



# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| Summons/Notice Number: | 000285275Z |
| Date Issued: | 10/11/2022 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | APPLEBEE'S |
| Balance Due: | 0.00 |
| Inspection Location: | 205 WEST 50 STREET NEW YORK NY 10019 |
| Respondent Address: | 205 WEST 50 STREET NEW YORK NY 10019 |
| View Image of Summons/Notice | |

## More Details

| | |
|---|---|
| Status of Summons/Notice: | PAID IN FULL |
| Hearing Result: | IN VIOLATION |
| Hearing Location: | SAU-Manhattan     Hearing Locations |
| Hearing Date: | 07/31/2023 |

## Explanation of Charges

[ New Search ]

Copyright 2011 The City of New York         Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map