

# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| Summons/Notice Number: | 000288756N |
| Date Issued: | 11/29/2022 |
| Issuing Agency: | DEP - BUREAU OF ENVIRONMENTAL COMPLIANCE |
| Respondent Name: | CHURCH OF SCIENTOLOGY OF NY |
| Balance Due: | 0.00 |
| Inspection Location: | 227 WEST 46 STREET NEW YORK NY 10036 |
| Respondent Address: | 227 WEST 46 STREET NEW YORK NY 10036 |

View Image of Summons/Notice

## More Details

| | |
|---|---|
| Status of Summons/Notice: | HEARING COMPLETED |
| Hearing Result: | DISMISSED |
| Hearing Location: | SAU-Manhattan    Hearing Locations |
| Hearing Date: | 06/28/2023 |

## Explanation of Charges

New Search

Copyright 2011 The City of New York    Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map



# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| **Summons/Notice Number:** | 0216402340 |
| **Date Issued:** | 12/19/2022 |
| **Issuing Agency:** | MISCELLANEOUS AGENCIES |
| **Respondent Name:** | BOWLERO TIMES SQUARE |
| **Balance Due:** | 0.00 |
| **Inspection Location:** | 222 WEST 44 STREET NEW YORK NY 10036 |
| **Respondent Address:** | 222 WEST 44 STREET NEW YORK NY 10036 |

[View Image of Summons/Notice](#)

## More Details

| | |
|---|---|
| **Status of Summons/Notice:** | HEARING COMPLETED |
| **Hearing Result:** | DISMISSED |
| **Hearing Location:** | By Phone   [Hearing Locations](#) |
| **Hearing Date:** | 02/12/2024 |

## Explanation of Charges

[New Search]

Copyright 2011 The City of New York

Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map