

# Summonses and Notices with ECB Hearings at OATH

## Case Details

| | |
|---|---|
| Summons/Notice Number: | 011302584N |
| Date Issued: | 11/18/2011 |
| Issuing Agency: | FIRE DEPARTMENT OF NYC |
| Respondent Name: | LA BUCA REST INC |
| Balance Due: | 0.00 |
| Inspection Location: | 349 W 46 ST 10036 |
| Respondent Address: | |

[View Image of Summons/Notice](#)

## More Details

| | |
|---|---|
| Status of Summons/Notice: | HEARING COMPLETED |
| Hearing Result: | DISMISSED |
| Hearing Location: | Manhattan    [Hearing Locations](#) |
| Hearing Date: | 02/08/2012 |

## Explanation of Charges

[New Search]

Copyright 2011 The City of New York          Contact Us | FAQs | Privacy Statement | Terms of Use | Site Map



## THE CITY OF NEW YORK
## ENVIRONMENTAL CONTROL BOARD

**HEARING LOCATION:**
Environmental Control Board
66 John Street
10th Floor
New York, NY 10038
(212) 361-1400



115567031355E3B5673

Method of Appearance
Live Hearing

**DECISION AND ORDER**
Violation #:  011302584N (1 NOV)
Hearing Date:  February 8, 2012

To:  Seay-Yarbrough Inc
P O Box 3171 GCS
New York, NY 10163

City of New York v. LA BUCA REST INC

**Total Civil Penalty: $0.00**

1 Notice(s) of Violation (NOV(s)) was/were issued to the Respondent. On the record before me, and upon the Further Findings of Fact/Conclusions of Law stated below, I find as follows and, where applicable, order payment and compliance.

NOV: 011302584N
PLACE OF OCCURRENCE: 349 WEST   46 STREET MANHATTAN
DATE OF OCCURRENCE: 11/18/2011
ISSUING OFFICER/AGENCY: 1082072  FIR
  ECB CODE:  BF20
  CHARGE: VIOLATION CATEGORY 20
  DISPOSITION: DISMISSED             CIVIL PENALTY IMPOSED:             $0.00

FURTHER FINDINGS OF FACT/CONCLUSIONS OF LAW:

NOV: 011302584N    VIOLATION CATEGORY 20

Petitioner appeared by Mr. Vittuli, NYC Fire Department.

Respondent, La Boca Restaurant Inc.  appeared by Lisa Seay, who moved to dismiss the charge on the ground that Respondent had evidence of the successful test, dated 2/21/08 (see Respondent's Exhibit # A, in the file).

Petitioner did not oppose the motion as the test is valid for 5 years.

The motion is granted.  The charge is dismissed.

**TOTAL CIVIL PENALTY:   $0.00**

Wed Feb 2012 02/08/12 13:31:09            Control 5                                      02/08/2012

Joanne F Theil, Administrative Law Judge                                                  Date

**PAYMENT DUE WITHIN TEN (10) DAYS**
**READ BACK OF THIS ORDER – PROTECT YOUR RIGHTS**

![OATH Office of Administrative Trials and Hearings - Hearings Division]

## DECISION

| | |
|---|---|
| **LABUCA REST INC Attn. Mohammed Akhtar**<br>**349 W. 46th Street**<br>**New York,NY 11036** | Summons No:  014007276Z  et al. (1 Summons)<br><br>NEW YORK CITY FIRE DEPARTMENT,<br><br>-against-<br><br>LABUCA REST INC<br><br>Hearing Date:  01/19/2022<br><br>Hearing Location:  Remote<br><br>Type of Hearing:  By Telephone |

Total Penalty Amount: **$1,100.00**

Community Service(Hr):  **Not Applicable**

| SUMMONS # | SUMMARY DISPOSITION | DATE OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|---|
| 014007276Z | Sustained | 12/02/2021 | 349 W.46th St. Manhattan |

| LINE ITEM | OATH CODE | CODE SECTION/RULE | RESULT | PENALTY |
|---|---|---|---|---|
| 1 | BF05 | VC5 . | Sustained | $350.00 |
| 2 | BF15 | VC15 . | Sustained | $450.00 |
| 3 | BF20 | VC20 . | Sustained | $300.00 |

**Findings of Fact & Conclusions of Law**

The hearing was conducted by telephone on Court Call on January 19, 2022. Kofi Speed appeared for petitioner. Respondent's owner, Mohammed Akhtar, appeared for respondent.

The summons charged the following violations of the fire code:

· VC15 – Fire-rated construction requiring correction;
· VC20 – Failed to arrange inspection, testing and service of extinguisher system by licensed master fire suppression contractor; and
· VC5 – Record-keeping.

Respondent did not dispute the allegations in the summons, and offered into evidence proof of correction. Respondent's Exhibit A relates to correction of the cited VC15 and VC 5 items, and Respondent's Exhibit B relates to correction of the cited VC20 testing.

Petitioner accepted respondent's evidence as demonstrating timely correction, and recommended mitigated penalties.

I credit the allegations in the summons. The summons is sustained, and mitigated penalties are imposed.

|  |  |
|---|---|
| *[signature]* | |
| 01/21/2022 | 01/21/2022 |
| **Donald Lash, Hearing Officer** | **Date** |

**IF YOU ARE FOUND IN VIOLATION, AND ARE NOT ELIGIBLE OR DO NOT CHOOSE COMMUNITY SERVICE, YOU MUST PAY THE PENALTY WITHIN 30 DAYS OF THE DECISION DATE OR 35 DAYS IF MAILED.**

- **To pay by mail**, send a check or money order to the Dept. of Finance Commissioner, P.O. Box 2307, Peck Slip Station, New York, NY 10272.   The check or money order should be made out to "Finance Commissioner, City of New York." Write the summons number on the check or money order.
- **To pay in person**, bring a check, money order or credit card and this decision to any OATH Hearings Division location between 8:30 a.m. to 4:30 p.m.
- **To pay online** using a credit or debit card, go to www.nyc.gov/citypay/oath

If you do not pay the penalty, the City may: (1) file papers with the Civil Court ("docket a judgment"), (2) charge you a late fee, and (3) continue attempts to collect the debt.

| | |
|---|---|
| **CAN I DO COMMUNITY SERVICE?** | If your summons is for the type of offense that gives you a Community Service option you can choose to complete Community Service instead of paying a penalty. Your decision will give you that option. You have to complete your Community Service by the deadline in the decision or else you will end up owing the penalty.  You can even do your Community Service on the day you receive your decision. |
| **COMPLETION OF COMMUNITY SERVICE** | The Help Center will arrange for you to complete your Community Service. The Help Center is run by the Ombudsperson/*Pro Se* Clerk at OATH and is located at each Hearing Division in all five boroughs. To schedule your Community Service, call, email or visit a Help Center location.<br><br><u>How to Contact the Help Center to Schedule Community Service</u>:<br><br>Manhattan: (212) 436-0845   CSmanhattan@oath.nyc.gov<br>Brooklyn: (718) 923-6216   CSbrooklyn@oath.nyc.gov<br>Queens: (718) 393-6044   CSqueens@oath.nyc.gov<br>Bronx: (718) 503-5565   CSbronx@oath.nyc.gov<br>Staten Island: (718) 876-2314   CSstatenisland@oath.nyc.gov<br><br>If you complete your Community Service by the deadline in the decision, you will receive a Certificate of Completion and will not have to pay a penalty. If you need an extension to complete your Community Service, please contact **the Help Center**.<br><br>**If you do not complete your Community Service by the deadline, you will have to pay the penalty.** |
| **NON-DISCLOSURE FOR SUMMONSES ELIGIBLE FOR COMMUNITY SERVICE** | If you either completed the Community Service or paid the penalty, OATH will remove your identifying information from public records related to your case.<br><br>If you **do not** complete the Community Service or pay the penalty, your identifying information may remain on public records related to your case. |
| **IF YOU DISAGREE WITH THE DECISION, YOU MAY APPEAL IT** | To submit your appeal, you <u>MUST</u> use OATH's online or mail-in appeal forms available on OATH's website at www.nyc.gov/oath/appeal.  Instructions for filing an appeal may be found on the form and OATH's website.<br><br>Your appeal <u>MUST</u> be received by the OATH Hearings Division **within 30 days** of the decision date, or 35 days if the decision was mailed to you.<br><br>To appeal you <u>may need to</u> pay the full penalty stated in this decision.<br><br>- If you cannot pay because of financial hardship, you may ask to not pre-pay by submitting with your appeal a Financial Hardship Application, available on OATH's website.<br>- If you are eligible and choose to perform Community Service instead of paying the penalty, you do not have to pay the penalty or complete the Community Service to appeal. |
| **APPEAL BY ENFORCEMENT AGENCY** | If you wish to answer an appeal filed by an enforcement agency, you <u>MUST</u> use OATH's Response To Appeal form.  Instructions for filing an answer may be found on the form and OATH's website.<br><br>Your answer must be received **within 30 days** of the date of the enforcement agency's appeal, or 35 days if it was mailed to you.<br><br>If the enforcement agency wins the appeal, you may have to pay a penalty or, if eligible, complete Community Service even if your case was originally dismissed after the hearing. |

For more information,
visit OATH's website www.nyc.gov/oath
or call 1-844-OATH-NYC

112018