**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MOHAMED JOHN AKHTAR AND LA BUCA
RESTAURANT, INC.,

                    Plaintiffs,                      **23-CV-06585 (JGLC) (VF)**

        -against-                            **ORDER**

ROHIT AGGARWALA et al.,

                    Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, September 23, 2024 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Plaintiff is required to make a demand prior to the conference, and Defendant must respond to that demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **September 16, 2024.**

        **SO ORDERED.**

DATED:     New York, New York
            April 30, 2024

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge