**Anthony N. Iannarelli Jr.**
*Attorney at Law*
**74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031**
anilaw2@gmail.com

June 21, 2024

Hon. Jessica G.L. Clarke, Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

   Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
     23-cv-06585 (JGLC)

Dear Judge Clarke,

 I represent Plaintiffs in the above captioned matter and offer this Letter Motion consistent with Your Honor's Local Rules.

 I am respectfully requesting a one-day extension to the filing of plaintiff's Opposition to Report and Recommendation. That document has already been filed by me today, Friday, June 21, 2024. The due date for the document was Thursday, June 20, 2024.

 I am requesting this relief because on Wednesday, June 19, 2024, I received a painful injection into the left retina of my eyeball. I have previously documented with the Court that I am receiving treatment for a very serious condition of my eye. I must undergo these treatments to preserve my vision. See Report of Tamara Lenis, MD, attached as an exhibit to this document.

 The side effects of the injection complicate my overall vision and has thrown me off schedule. I am of the reasonable belief that none of the parties will be adversely impacted by the Court granting me an extra day. Among other items, a trial date has not been set in this matter.

 In the event there is any objection, it is noteworthy that *pro se* defendant Eric I. Eisenberg (correctly) filed his opposition to the report today as well. And of course I have no opposition to his filing.

 Thank you for your consideration of the foregoing.

        Respectfully submitted,

        *Anthony N. Iannarelli Jr.*
        Anthony N. Iannarelli Jr.
        Attorney at Law

<u>Copied via ECF</u>
Ms. Kerri A. Devine, Esq.
Ms. Genan F. Zilkha, Esq.
   Attorneys for the Eric Adams et al.
Mr. Eric Eisenberg, Esq.
   Attorney *pro se*

<u>Via email</u>
Mr. Mohamed John Akhtar
    LaBuca Restaurant, Inc. d/b/a Swing 46