**Anthony N. Iannarelli Jr.**
*Attorney at Law*
**74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031**
anilaw2@gmail.com

June 24, 2024

Hon. Jessica G.L. Clarke, Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312



      Re:  Mohamed John Akhtar et al. v. Eric Adams et al.
          23-cv-06585 (JGLC)

Dear Judge Clarke,

    This is a Reply to *pro se* defendant Eric I. Eisenberg's objection to an additional one-day request to file, in plaintiffs' behalf, an Objection to the Magistrate's Report and Recommendation.  Plaintiff's papers, that were due on June 20th, have already been filed as of Friday, June 21, 2024.  Plaintiffs' will <u>not</u> be objecting to the correct filing of defendant Eisenberg's papers of that same date.

    As I have already documented with the Court, I am being treated to a severe eye disorder to my left eye.  I had hoped to have the information relating to my eye ailment submitted under seal; but there was an objection, and because I did not want to get into motion practice over the issue, I revealed medical information that would otherwise be kept confidential.

    On Tuesday, June 18, 2024, I returned to my retina specialist for ongoing treatment. While I would like to maintain some sense of dignity while getting through this case, it does not appear possible, so I have to be blunt: I get an injection into my retina through a syringe that pierces the eyeball.  The process, and its anticipation, is traumatic and makes me nauseous to even think about it, no less write about it.

    I lost about a day and a half from treatment and recovery.  So I am asking for one additional day*, nunc pro tunc,* to have the plaintiffs' papers accepted over Mr. Eisenberg's objection.

    Please believe me, I dislike making these requests and it is really upsetting, but like the treatments I have no choice.

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/ *Anthony N. Iannarelli Jr.*
Anthony N. Iannarelli Jr.
Attorney at Law

<u>Copied via ECF</u>
Ms. Kerri A. Devine, Esq.
Ms. Genan F. Zilkha, Esq.
   Attorneys for the Eric Adams et al.
Mr. Eric Eisenberg, Esq.
   Attorney *pro se*

<u>Via email</u>
Mr. Mohamed John Akhtar
   LaBuca Restaurant, Inc. d/b/a Swing 46

The Court will consider Plaintiff's belated objection (ECF No. 76) to the R&R (ECF No. 72) in light of counsel's medical circumstances and because the motion to dismiss is case dispositive and there is no prejudice to Defendants in doing so. The Court will also consider the objection to the R&R by *pro se* Defendant Eric I. Eisenberg, which was also filed on June 21, 2024. *See* ECF No. 74. The parties are advised that further untimely filings will not be considered and that further extension requests that violate this Court's Individual Rules will not be granted.

The Clerk of Clerk is directed to terminate ECF Nos. 77, 78 and 80.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 24, 2024.
    New York, New York