UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|                                                                                                                                                                |                          |
|----------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------|
| MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. d/b/a SWING 46 JAZZ AND SUPPER CLUB,                                                                           |                          |
|                                                                      Plaintiff                                                                                 |                          |
|                                        -against-                                                                                                              | 23-CV-6585 (JGLC) (VF)   |
| ERIC ADAMS, Mayor of the City of New York, ROHIT T. AGGARWALA, New York City Department of Environmental Protection, ERIC I. EISENBERG and JOHN AND JANE DOES ONE THROUGH THIRTY, |                          |
|                                                                      Defendants                                                                                |                          |

_____

**ERIC EISENBERG'S LETTER REQUESTING CLARIFICATION AS TO ORDER OF JUNE 25, 2024 (D.I. 81)**

Dear Judge Jessica G. L. Clarke,

    I, Eric Eisenberg (not Eric I. Eisenberg, who is a different individual living who lives in the West 50s in Manhattan) write to request clarification as to Your Honor's Order of June 25, 2024 (D.I. 81).

    It is my understanding that Your Honor's statement that "further untimely filings will not be considered and that further extension requests that violate this Courts Individual Rules will not be granted" is intended to apply to Plaintiffs, not to the undersigned.

    As explained at D.I. 79, a document which was not referenced in Your Honor's June 25, 2024 order, the undersigned did not submit his Objections to the R & R untimely, but rather timely submitted them as D.I. 73 as June 20, 2024, simultaneously providing a copy to all counsel via ECF. The undersigned also promptly corrected the ECF event as to same upon request of the Court on June 21, 2024. The undersigned, indeed, understands that zero of his

1

submissions in this case were untimely and zero extension requests violative of this Court's Individual Rules were made. This is in stark contrast to the extensive late filing history by Plaintiffs. *See* D.I. 79, summarizing same. Accordingly, the undersigned understands that Your Honor's admonishment as to "**further** untimely filings" (emphasis added) and "**further** extension requests that violate this Courts Individual Rules" (emphasis added) is not intended to apply to him.

Your Honor's clarification as to the foregoing would be greatly appreciated.

Dated :
June 25, 2024

Respectfully submitted,

s/        *Eric Eisenberg*
ERIC EISENBERG
(646) 801-6705
ericeis@gmail.com

cc: all parties (by ECF)