United States District Court
Southern District of New York

Mohamed John Akhtar and
La Buca Restaurant, Inc. d/b/a
Swing 46 Jazz and Supper Club,
    Plaintiffs,

**Notice for Permission
to file Interlocutory Appeal**

-against-

Eric Adams, Mayor of the City of New York,
Rohit T. Aggarwala, New York City
Department of Environmental Protection,
Eric M. Eisenberg, and John and Jane
Does One through Thirty,
    Defendants.

23-cv-06585-JGLC-VF

    Notice is given that the following parties, plaintiffs Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/aSwing 46 Jazz and Supper Club, Plaintiffs, in the above-named case seek leave to **Appeal** to the United States Court of Appeals for the Second Circuit
    from the __ judgment **xx** Order, Docket #: 85, by District Court Judge Jessie G.L. Clarke, entered on **08/19/2024**, (see page adopting Report and Recommendation of Magistrate Judge Valerie Figueredo,

    granting the Motion filed by defendants Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, dismissing Counts I and IV of plaintiffs' complaint **with prejudice**;

    and granting Motion of defendant Eric M. Eisenberg, dismissing Counts II, III, and V, **without prejudice**.

Dated: 09/03/2024

                                     Anthony N. Iannarelli Jr.
                                     Attorney for Plaintiffs

Plaintiffs' attorney:
Iannarelli, Anthony N. (Jr.).    phone: 212-431-1031
74 Lafayette Avenue.    email: anilaw2@gmail.com
Suite 202 # 116
Suffern, NY 10901