UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club<br>Plaintiffs,<br>-vs.-<br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br>Defendants | Case No. 23-cv-06585<br><br>Proof of Service |

Anthony N. Iannarelli, an Attorney at Law of the State of New York, affirms to the truth of the following:

On September 3, 2024, I served a copy of plaintiffs' Permission to file an Interlocutory Appeal, both by the Court's electronic filing system and U.S. Mail, postage paid, upon the following at their respective addresses:

Eric I. Eisenberg, Attorney *Pro se*,
454 W 46th Street, Apt 1ES.        and     1300 S. Miami Ave., Unit 1408
New York, NY  10036-8804                    Miami, FL 33130

Ms. Kerry Ann Devine., Esq.
Ms. Genan Faye Zilkha, Esq.
New York City Corporation Counsel,
100 Church St., Ste. 5-166,
New York, NY. 10007

I am aware that I may be subject to punishment for any statement above knowingly made false.

Dated: 09/03/2024

_____
Anthony N. Iannarelli Jr.
Attorney for Plaintiffs