UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mohamed John Akhar and LA Buca Restaurant, Inc.,
d/b/a Swing 46 Supper Club,
    Plaintiffs,

v.

Eric Adams, Mayor of the City of New York,
Rohit T. Aggarwala, New York City Department of
Environmental Protection, Eric I. Eisenberg, and John
and Jane Does One through Thirty.

**Notice of Appeal**

23-cv-06585

    Plaintiffs in the above captioned case appeal to the United States Court of Appeals for the Second Circuit from the Order (docket No. 85) by District Court Judge Jessica G.L. Clarke, entered on 08/19/2024, adopting the Report and Recommendation of Magistrate Judge Valerie Figueredo, granting the Motion filed by defendants Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, dismissing Counts I and IV of plaintiffs' complaint **with prejudice**;

    And granting the Motion filed by defendant Eric M. Eisenberg, dismissing Counts II, III, and V, **without prejudice**.

                                                      Anthony N. Iannarelli Jr.
                                                      Attorney for Plaintiffs

1

Plaintiffs' attorney address:
Iannarelli, Anthony N. (Jr.).
74 Lafayette Avenue.
Suite 202 # 116
Suffern, NY  10901

phone: 212-431-1031
email: anilaw2@gmail.com