United States District Court
Southern District of New York

Mohamed John Akhtar and
La Buca Restaurant, Inc. d/b/a.     Amended Notice for Permission
Swing 46 Jazz and Supper Club,      to file Interlocutory Appeal
    Plaintiffs,

        -against-

Eric Adams, Mayor of the City of New York,     23-cv-06585-JGLC-VF
Rohit T. Aggarwala, New York City
Department of Environmental Protection,
Eric M. Eisenberg, and John and Jane
Does One through Thirty, Defendants.

    Notice is given that the following parties, plaintiffs Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/aSwing 46 Jazz and Supper Club, Plaintiffs, in the above-named case seek leave to Appeal to the United States Court of Appeals for the Second Circuit from the judgment xx Order, by District Court Judge Jessica G.L. Clarke, entered on 08/19/2024, (see Docket No. 85 adopting Report and Recommendation of Magistrate Judge Valerie Figueredo),

    granting the Motion filed by defendants Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, dismissing Counts I and IV of plaintiffs' complaint with prejudice;

    and granting Motion of defendant Eric M. Eisenberg, dismissing Counts II, III, and V, without prejudice.

Dated: 09/04/2024

                                                    /s/ Anthony N. Iannarelli Jr.
                                                    Attorney for Plaintiffs

Plaintiffs' attorney:
Iannarelli, Anthony N. (Jr.).    phone: 212-431-1031
74 Lafayette Avenue.         email: anilaw2@.gmail.com
Suite 202 # 116
Suffern, NY 10901