**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MOHAMED JOHN AKHTAR and LA BUCA
RESTAURANT, INC.,

                       Plaintiffs,

        -against-

ROHIT T. AGGARWALA et al.,

                       Defendants.
-----------------------------------------------------------------X

**23-CV-06585 (JGLC) (VF)**

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of the Court's order dismissing Plaintiffs' claims, ECF No. 85, the settlement conference in this matter currently scheduled for September 23, 2024 at 10:00 a.m. is hereby adjourned.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 97.

    **SO ORDERED.**

DATED:    New York, New York
            September 10, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge