AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Mohamed John Akhtar and  
La Buca Restaurant, Inc. d/b/a  
Swing 46 Jazz and Supper Club,  

*Plaintiff(s)*

v.  Civil Action No. 23-cv-6585

Eric M, Eisenberg, and John and Jane  
Does One through Thirty,  

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

Eric M. Eisenber  
454 W. 46th Street, Apt. 1ES,  
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
Anthony N. Iannarelli Jr.  
Attorney at law  
74 Lafayette Avenue  
Suite 202 #116  
Suffern, New York 10901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____  
*Signature of Clerk or Deputy Clerk*