# UNITED STATES DISTRICT COURT
для the

Southern District of New York

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club, <br><br> *Plaintiff(s)* <br> v. <br><br> Eric M. Eisenberg, and John and Jane Does One through Thirty, <br> *Defendant(s)* | Civil Action No. 23-cv-6585 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Eric M. Eisenberg
> Attorney at Law
> 405 Lexington Avenue
> 48th Floor
> New York, NY 10174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony N. Iannarelli Jr.
> Attorney at law
> 74 Lafayette Avenue
> Suite 202 #116
> Suffern, New York 10901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/10/2024

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*