# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club, Plaintiffs, v. Eric M. Eisenberg, and John and Jane Does One through Thirty, Defendants. | Case No. 23-cv-06585 Proof of Service |

Declaration of Service for Plaintiffs' Amended Notice of Removal

Anthony N. Iannarelli, an Attorney at Law of the State of New York, affirms to the truth of the following:

1. On December 21, 2024, I served plaintiffs' Amended Notice of Removal via the Court's electronic filing to Genan Faye Zilkha (gzlkha@law.nyc.gov) and Kerri Ann Devine (kdevine@law.nyc.gov), and

2. by U.S. Mail, postage paid to:

    a. The Hon. Peter Sorrentino
       Acting Clerk of the Court
    New York State Supreme Court
    Civil Term, Room 700
    60 Center Street
    New York, NY 10007

    b.  William J. Cortellesa, Esq.
        Special Assistant Corporation Counsel
          for the City of New York
        Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
        1133 Westchester Avenue
        White Plains, NY 10604

    c.  Eric M. Eisenberg, Esq.
        1300 South Miami Avenue
        Unit 1408
        Miami, FL 33130

    d.  Eric M. Eisenberg, Esq.
        454 West 46 Street, Apt. 1es
        New York, New York

I declare under the penalty of perjury that the foregoing information is true and correct.

Dated:    December 21, 2024.    /s/  *Anthony N. Iannarelli Jr.*
                                    Anthony N. Iannarelli Jr.
                                    Attorney for Plaintiffs