**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MOHAMED JOHN AKHTAR AND LA BUCA
RESTAURANT, INC.,

                        Plaintiffs,                    **23-CV-06585 (JGLC) (VF)**

          -against-                                 **ORDER**

ROHIT AGGARWALA et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Plaintiff's deadline to serve the amended complaint on Defendants under Federal Rule of

Civil Procedure 4(m) was January 5, 2025. Plaintiff is directed to file a certificate of service of

the amended complaint on Defendants by **January 31, 2025**.

       **SO ORDERED.**

DATED:      New York, New York
             January 21, 2025

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge