EXHIBIT ONE

Declaration of Sarah Hayes dated September 9, 2024

Declaration of Sarah Hayes

Sarah Hayes, of full age and a resident of the City of New York, New York County, declares under the Penalty of Perjury, to the Truth of the following:

1.) I was a singer at the Swing 46 dinner & Jazz Club located at ~~the~~ 349 West 46 street, NY, NY 10036.

2.) I am also a witness for plaintiffs/Appellants in the matter of AKHTAR et al. v. Adams, # 23-cv-06585 before this Court.

3. On ~~October~~ September 9, 2024 I was present at Swing 46 decorating windows when I observed the defendant Eric M. Eisenberg

standing on the front patio of Swing 46.

4. Defendant Eisenberg has been told to stay off the property, but he continues to trespass.

5. On Wednesday Sept. 9th he came onto the property and I told him to leave. He remained for several minutes with his cell phone applied to outdoor speakers.

6. He then went onto the sidewalk and continued to point his cell phone in the direction of Swing 46. He also stuck the cell phone into

my face. I pushed it away and he falsely claimed I attacked him.

7. He then remained in the vicinity of the club pointing his cell phone in my direction over a period of almost two hours.

8. I find his conduct to be very disturbing and because he acts so strangely, and will not stay away, I am worried over what he will do next.

9. I want to stop him from stalking me, and the Eisenberg had me so upset this afternoon that I broke down and cried. He needs to be stopped.

I affirm to the truth of the foregoing. I understand that I can be subject to punishment for any statement knowingly made false.

Dated: September 9, 2024   *Sarah K. Hayes*
                           SARAH HAYES

Witness: Anthony N. Iannarelli Jr.
Attorney at Law of the
State of New York