UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOHAMED JOHN AKHTAR AND LA BUCA
RESTAURANT, INC.,

                    Plaintiffs,              **23-CV-06585 (JGLC) (VF)**

      -against-                       **AMENDED ORDER**

ROHIT AGGARWALA et al.,

                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        This Order amends the Order at ECF No. 119, which indicated that Defendant Eric M. Eisenberg was properly served via ECF. Eisenberg's objection at ECF No. 120 correctly points out that for an automatic notice of electronic filing via ECF to constitute service, Plaintiffs must have properly served the original complaint on Defendant. Here, however, the original complaint was dismissed for lack of personal jurisdiction, because Plaintiffs failed to properly effectuate service on Eisenberg. See ECF No. 72; ECF No. 85. Although Plaintiffs have attempted to serve Eisenberg several times, Plaintiffs do not appear to have attempted service at Eisenberg's Miami, Florida address (see ECF No. 117), which is listed on the docket.

        Plaintiffs' request for an extension of time to serve Eisenberg is GRANTED. Plaintiffs are directed to effect service on Eisenberg by **March 10, 2025**. If Plaintiffs are unable to effectuate service by March 10, Plaintiffs should submit a letter to the Court, explaining their attempts at effectuating service on Eisenberg at the Miami address.

        SO ORDERED.

DATED:    New York, New York
               February 6, 2025

                                                                      _____
                                                                     VALERIE FIGUEREDO
                                                                       United States Magistrate Judge