UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club,<br><br>Plaintiffs,<br><br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br><br>Defendants. | Case No. 23-cv-6585 (JGLC)(VF)<br><br>**Affirmation of Due Diligence Attempts to Serve Summons and Amended Complaint upon Defendant Eric M. Eisenberg** |

I, Anthony N. Iannarelli Jr., of full age, declare and affirm under the penalty of perjury, to the truth of the following:

1. As counsel of record for plaintiffs Mohamed Akhtar and Swing 46, I have received an affirmation of attempts of service of Summons and Amended Complaint upon defendant Eric M. Eisenberg by a private process server.

2. According the the Affiant, Kyle Friedland, License # 2122407, three (3) attempts were made for the service of summons and amended complaint upon defendant Eric M. Eisenberg at his last know address of 454 West 46th Street, New York, New York, but all three (3) were unsuccessful.

1



3. A true copy of the Affirmation of Unsuccessful Service, dated January 28, 2025, is attached.

I make this affirmation upon information and belief based upon reliance on the contents of the foregoing Affirmation.

Dated: 02/12/2025

_____
Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Index/Case #: 1:23-CV-06585-JGLC-VF
Filing Date: October 7, 2024
Court Date:
Client File No.: 20250103140756

Client: Guaranteed Subpoena Service, Inc.
Attorney:

*Plaintiff*

MOHAMED JOHN AKHTAR AN LA BUCA RESTAURANT, INC. D/B/A SWING 46 JAZZ AND SUPPER CLUB

vs

*Defendant*

ERIC M. EISENBERG, ETAL

_____KYLE FRIEDLAND_____, the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within:

**SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT**

Upon _____ERIC M. EISENBERG_____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 01/16/2025 16:05:00 Attempt at: 454 W. 46TH STREET, APT. 1ES, NEW YORK, NY 10036 Results: NO ANSWER AT INTERCOM DOWNSTAIRS
Date/Time: 01/17/2025 07:54:00 Attempt at: 454 W. 46TH STREET, APT. 1ES, NEW YORK, NY 10036 Results: NO ANSWER AT INTERCOM
Date/Time: 01/18/2025 18:36:00 Attempt at: 454 W. 46TH STREET, APT. 1ES, NEW YORK, NY 10036 Results: LET INTO BUILDING BY MAN EXITING WHO DID NOT RECOGNIZE NAME WHEN ASKED. NO ANSWER AT APARTMENT DOOR

I affirm on this day____January 28, 2025____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

KYLE FRIEDLAND
Lic#   2122407-
JobID  2500453



INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE