UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. d/b/a SWING 46 JAZZ AND SUPPER CLUB,<br><br>                              Plaintiffs,<br><br>-against-<br><br>ERIC M. EISENBERG and JOHN AND JANE DOES ONE THROUGH THIRTY,<br><br>                              Defendants. | 23-CV-6585 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      Defendant Eric M. Eisenberg objects to Magistrate Judge Figueredo's Order at ECF No. 121 granting Plaintiffs' motion for an extension of time to serve the Amended Complaint. ECF No. 122. "Magistrate judges are afforded broad discretion in resolving nondispositive disputes and reversal is appropriate only if their discretion is abused." *In re Hulley Enterprises Ltd.*, 400 F. Supp. 3d 62, 70 (S.D.N.Y. 2019) (internal citation and quotation marks omitted). The standard of review is "clearly erroneous or contrary to law." *Id.* In other words, to reject Judge Figueredo's decision, this Court must find a "definite and firm conviction that a mistake has been committed," or find that the ruling "fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Id.* (cleaned up). Neither is the case here. Judge Figueredo's decision to grant an extension of time will remain undisturbed. And, Defendant's request to strike filings related to the order and objection are denied as moot.

The Clerk of Court is directed to terminate ECF No. 127.

Dated: February 26, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge