# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br><br>  Plaintiffs<br> v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, & Jane Does 1-30, John Does 1-30,<br><br>  Defendants. | Case No. 23-cv-06585 JGLC-VF<br><br><br>Affirmation of Service |

   Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

1. On March 10, 2025 I served plaintiffs' Declaration of Service of Summons and Amended Complaint upon defenant Eric M. Eisenberg via email @ ericeis@gmail.com, and ericnoise@hotmail.com;

   &

2. On March 11, 2025, I performed additional service by personally mailing, via United States Mail, postage paid, a copy of the same

document to defendant–Eric M. Eisenberg, at 454 West 46th Street, Apt. 1ES New York, New York 10036–8804; and defendant–appellee Eric M. Eisenberg, at Unit 1408, 1300 S Miami Avenue Miami, FL 33130.

3. On March 10, 2025 I completed service on Counsel for New York City government defendants, via the Court's electronic filing, to;

    Assistant Corporation Counsel
    New York City Law Department
    Appeals Division
    100 Church Street
    New York, NY 10007

    I affirm to the truth of the forgoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated:  March 11, 2025                         /s/ *Anthony N. Iannarelli Jr.*
                                                            Anthony N. Iannarelli Jr.
                                                            Attorney for Plaintiff-Appellants