UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. d/b/a SWING 46 JAZZ AND SUPPER CLUB, <br><br> Plaintiffs <br><br> -against- <br><br> ERIC M. EISENBERG and JOHN AND JANE DOES ONE THROUGH THIRTY, <br><br> Defendants | 23-CV-6585 (JGLC) (VF) |

**DECLARATION OF ERIC M. EISENBERG ACCOMPANYING LETTER MOTION REGARDING FALSE STATEMENT IN ANTHONY N. IANNARELLI JR.'S AFFIRMATION OF SERVICE (D.I. 135)**

1

1. I, Eric M. Eisenberg, affirm, including but not limited to pursuant to CPLR 2106, this 11th day of March, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the statements herein are true and correct, and I understand that this document may be filed in an action or proceeding in a court of law.

2. Based on a careful review of emails sent to me, I did not receive, via email, on March 10, 2025 or otherwise, from attorney Anthony N. Iannarelli Jr., any document corresponding to D.I. 133 (titled "Declaration of Service of Summons and Complaint upon defendant Eric M. Eisenberg") in the instant action.

Dated (and executed in):  
March 11, 2025 (Miami, Florida)

Respectfully submitted,

s/    *Eric Eisenberg*  
ERIC M. EISENBERG  
(646) 801-6705  
1300 South Miami Avenue  
Unit 1408  
Miami, FL 33130  
ericeis@gmail.com