UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

MOHAMED JOHN AKHTAR and LA BUCA
RESTAURANT, INC. d/b/a SWING 46 JAZZ
AND SUPPER CLUB,

                          Plaintiffs

               -against-                            23-CV-6585 (JGLC) (VF)

ERIC M. EISENBERG and JOHN AND JANE
DOES ONE THROUGH THIRTY,

                          Defendants

_____

**ERIC M. EISENBERG'S LETTER MOTION TO SEAL IMPROPERLY FILED DOCUMENTS CONTAINING INFORMATION REQUIRING REDACTION (D.I. 126 AND 129)**

Dear Magistrate Judge Figueredo,

    I write to request, along with such other relief that the Court may deem just and proper, that the court seal Docket Items 126 and 129, which were filed by Plaintiffs on February 18, 2025 and February 20, 2025, respectively. Plaintiffs, at page 51 of 63 of each document, failed to redact birth date information that they were required by the Federal Rules to redact from publicly accessible documents. Fed.R.Civ.P. 5.2(a) ("Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's . . . birth date . . .a party or nonparty making the filing may include only: . . . (2) the year of the individual's birth.")

    Your prompt attention to this matter is greatly appreciated, in light of the ongoing risk to my privacy occasioned by Plaintiffs' rules violation.

Respectfully submitted,

s/     *Eric Eisenberg*
ERIC M. EISENBERG
(646) 801-6705
1300 South Miami Avenue
Unit 1408
Miami, FL 33130
ericeis@gmail.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE   Dated: 3/14/25

The motion to seal is GRANTED. The Clerk of Court is directed to seal the documents at ECF Nos. 126 and 129. Plaintiff is directed to file versions of the documents with the dates redacted by **Friday, March 21, 2025**.