**Anthony N. Iannarelli Jr.**
*Attorney at Law*
74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031
anilaw2@gmail.com

March 18, 2025

Hon. Valerie Figueredo
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

    Re: <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
        23-cv-06585 (JGLC) (VF)

Dear Magistrate Judge Figueredo,

    I wish to offer apologies to the Court and Mr. Eisenberg for my mistake in not redacting the date of birth in Mr. Eisenberg's Voter Registration Documents. I am truly sorry for this oversight.

    Both docket entries were for the purpose of indicating there would be no objection to the Court's Amended Order of February 6, 2025. ECF 129 was a correction to the docket entry No. 216, which I filed incorrectly. ECF 129 was a correction for the purpose of refiling.

    Today, Tuesday, March 18th, I contacted the Court's help desk for direction in complying with the Court's Order of March 14, 2025. I was told the redacted document should be connected to the foregoing Order, which I filed today. I was unable to determine how to actually substituent the documents into ECF Nos. 126 and 129 by the end of the day. However, I did want to get the corrected documents filed, along with my apology, before the end of the day, today.

    On Wednesday, I will be in touch with the Clerk's office for further direction on the manner of substituting for the two docket entries.

    Thank you for your consideration of the above. And again, I am sorry for my error.

                    Respectfully submitted

                    */s/ Anthony N. Iannarelli Jr.*
                    Anthony N. Iannarelli Jr.

1

Attorney for Plaintiffs

<u>CC Via ECF</u>
Ms. Kerri Devine, Esq.
Ms. Genan F. Zilkha, Esq.
    Assistant Corporation Counsels

<u>Via Email</u>
Mr. Eric Eisenberg, Esq.
    Defendant *pro se*