UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br><br>**Plaintiffs**<br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, & Jane Does 1-30, John Does 1-30,<br><br>**Defendants.** | Case No. 23-cv-06585 JGLC-VF<br><br>Affirmation of Service |

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiff-appellants herein, affirms under the penalty of perjury to the following:

1. On March 19, 2025 I served plaintiffs' Notice of Motion to limit email, and other correspondence, to legal and factual issues only, upon defendant Eric M. Eisenberg via email @ ericeis@gmail.com, and ericnoise@hotmail.com;

&

2. On March 19, 2025 I completed service of the same document on the attorneys for New York City government defendants, via the Court's electronic filing, to;

Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

I affirm to the truth of the forgoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated: March 19, 2025

Anthony N. Iannarelli Jr.
Attorney for Plaintiff-Appellants