UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br><br>   Plaintiffs<br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, & Jane Does 1-30, John Does 1-30,<br><br>   Defendants. | Case No. 23-cv-06585 JGLC-VF<br><br><br>Amended Affidavit of Service |

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiffs herein, affirms under the penalty of perjury to the following:

1. On March 17, 2025, I served plaintiffs' Summons and Amended Complaint upon defendant Eric M. Eisenberg via email @ ericeis@gmail.com, and ericnoise@hotmail.com; Exhibit 1. attached; and

2. On March 18, I provided a copy of this Affidavit of Service to defendant Eric M. Eisenberg via the same email addresses appearing above;

3. Additionally, I provided a copy of this Affidavit of Service to counsel for New York City government defendants via the Court's electronic filing to:

> Assistant Corporation Counsel
> New York City Law Department
> Appeals Division
> 100 Church Street
> New York, NY 10007

I affirm to the truth of the forgoing and I am aware that I can be subject to punishment for any statement knowingly made false.

Dated: March 18, 2025

_____
Anthony N. Iannarelli Jr.
Attorney for Plaintiff

GLORIA QELESHI
Notary Public
State of New Jersey
My Commission Expires May 3, 2029
I.D.# 50220823

 Gmail

Anthony Iannarelli <anilaw2@gmail.com>

## Service of Summons & Amended Complaint

1 message

**Anthony Iannarelli** <anilaw2@gmail.com>
To: Eric Eisenberg <ericeis@gmail.com>, Eric Eisenberg <ericnoise@hotmail.com>

Mon, Mar 17, 2025 at 8:20 PM

Dear Mr. Eisenberg,
    Consistent with the Order of Magistrate Judge Valerie Figuerdo, dated March 14, 2025, you are being served with Plaintiffs Mohamed John Akhtar & Swing 46's Summons and Complaint.
    Thank you for your attention to the above.
    Sincerely, Anthony N. Iannarelli Jr., Attorney for Plaintiffs

Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

**2 attachments**

 **Amended Complaint .pdf**
6926K

**Summons .pdf**
7165K

EX. 4