**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MOHAMED JOHN AKHTAR AND LA BUCA
RESTAURANT, INC.,

                Plaintiffs,        **23-CV-06585 (JGLC) (VF)**

    -against-                    **ORDER**

ROHIT AGGARWALA et al.,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiffs filed a redacted copy of ECF No. 126 at ECF No. 143. Plaintiffs have not, however, filed a redacted copy of Plaintiff's corrected filing, which contains minor textual differences at pages 1 and 24, for example. <u>See</u> ECF No. 150. Plaintiffs are therefore directed to file a redacted copy of the version of the document filed at ECF No. 129 by **Friday, March 28, 2025**. The Clerk of Court is directed to terminate the motion at ECF No. 150.

      **SO ORDERED.**

DATED:    New York, New York
              March 20, 2025

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge