UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|

MOHAMED JOHN AKHTAR and LA BUCA
RESTAURANT, INC. d/b/a SWING 46 JAZZ
AND SUPPER CLUB,

               Plaintiffs

      -against-                |   23-CV-6585 (JGLC) (VF)

ERIC M. EISENBERG and JOHN AND JANE
DOES ONE THROUGH THIRTY,

               Defendants

_____

**DECLARATION OF ERIC M. EISENBERG ACCOMPANYING LETTER MOTION
REGARDING FALSE STATEMENTS IN MARCH 18, 2025 EMAIL
CORRESPONDENCE FROM ANTHONY N. IANNARELLI JR. AND APPARENT
ELECTION LAW VIOLATIONS**

1.    I, Eric M. Eisenberg, affirm, including but not limited to pursuant to CPLR 2106, this 20th day of March, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the statements herein are true and correct, and I understand that this document may be filed in an action or proceeding in a court of law.

2.    Attached as Exhibit 1 is a true and correct printout of a March 18, 2025 email between myself and Plaintiff's counsel, including as part of the email chain true and correct representations of all prior emails in the chain, all from the same date.

3.    Iannarelli has not, aside from the contents of Exhibit 1 itself, responded to my requests in Exhibit 1 for clarification as to "Which 'voter requestrations' document are you referring to?" or provided further clarification as to where my birth date may have allegedly been made publicly available on public voting websites.

4.    Attached as Exhibit 2 is a true and correct printout of the Florida Voter Information Lookup webpage available at https://registration.elections.myflorida.com/en/CheckVoterStatus/Index .

5.    I am not registered to vote in Florida, have never been registered to vote in Florida, and have never applied to register to vote in Florida.

6.    Attached as Exhibit 3 is a true and correct printout of the New York State Poll Site Search, Voter Registration, and Mail Ballot Tracker webpage, available at https://voterlookup.elections.ny.gov .

7.    Attached as Exhibit 4 is a true and correct printout of the New York City Registered Voter Search webpage, available at https://www.nycvotersearch.com .

1

Dated (and executed in):                    Respectfully submitted,
March 20, 2025 (Miami, Florida)

                                            s/      *Eric Eisenberg*
                                            ERIC M. EISENBERG
                                            (646) 801-6705
                                            1300 South Miami Avenue
                                            Unit 1408
                                            Miami, FL 33130
                                            ericeis@gmail.com

2