**Gmail**

Eric Eisenberg <ericeis@gmail.com>

---

## Redaction of Documents at ECF Nos. 126 and 129

---

**Eric Eisenberg** <ericeis@gmail.com>                                      Tue, Mar 18, 2025 at 3:49 PM
To: Anthony Iannarelli <anilaw2@gmail.com>

At which docket number did you make this redaction request?

Which "voter requestrations" document are you referring to?

On Tue, Mar 18, 2025 at 3:32 PM Anthony Iannarelli <anilaw2@gmail.com> wrote:
> Mr. Eisenberg, I've already ask the Circuit to have it redacted. They are working on it. As to the other, your voter requestrations speaks for itself.  Anthony Iannarelli
>
> On Tue, Mar 18, 2025 at 3:29 PM Eric Eisenberg <ericeis@gmail.com> wrote:
>> Dear Mr. Iannarelli,
>>
>> Please advise (1) by when you will be taking action to remove the birth date from public availability in Second Circuit papers; and (2) where the birth date is allegedly available in public government voting records.
>>
>> Absent a response by tomorrow, I will assume that you have been misleading me in both regards.
>>
>> Best,
>> Eric
>>
>> On Tue, Mar 18, 2025 at 11:21 AM Eric Eisenberg <ericeis@gmail.com> wrote:
>>> Dear Mr. Iannarelli,
>>>
>>> You or your assistant(s) absolutely did type in the date of birth. Please stop lying to me. Lying is inconsistent with professional rules.
>>>
>>> Please feel free to raise this matter with the court, as I am telling the truth, and you are lying and/or suffering from a mental condition that impairs you recalling basic facts, in either event violating your duties under the professional rules.
>>>
>>> If you are telling the truth (to be clear, I understand you are not), and my birthdate actually is made available to the general public from a government voting website, please identify how I can access that birthdate.
>>>
>>> Best,
>>> Eric
>>>
>>> On Tue, Mar 18, 2025 at 11:11 AM Anthony Iannarelli <anilaw2@gmail.com> wrote:
>>>> Mr. Eisenberg, Typing in your date of birth?  I did not nothing of the sort and it's another false allegation that suggests you are making an implied threat-which you continue to pile up unabated.  Would you like me to report this one as well?   Please stop.  Any of the documents are open source and available to the public.  I have always been polite and gracious towards you, so please, let's move on.    Anthony Iannarelli
>>>>
>>>> On Tue, Mar 18, 2025 at 10:30 AM Eric Eisenberg <ericeis@gmail.com> wrote:
>>>>> Mr. Iannarelli,
>>>>>
>>>>> Thank you for agreeing to remove the birthday from 2ND Circuit public availability.
>>>>>
>>>>> Again, I believe your below email is confused regarding the SDNY filings.
>>>>>
>>>>> Additionally, you appear to be speaking inaccurately regarding the government materials. My understanding is you typed in the birthday, then printed out what you typed in. You did not print out a preexisting government record. Moreover, I believe that your use of at least one of the government voting websites for the purposes you used it for was in excess of your legal authorization and illegal.
>>>>>
>>>>> I reserve all rights.

Best,
Eric

You typed in a birthday, it is not something

On Tue, Mar 18, 2025 at 9:55 AM Anthony Iannarelli <anilaw2@gmail.com> wrote:
Good Morning, Yes, I am already acting on that.   These are "open source" documents from voter registration sources,  and they were downloaded just as they appear.  I only say this in the event you were not aware the voter registration source is posting your date of birth.  Please let me know about entry 63 on the district docket sheet. I was only able to find the DOB on entry 51.  Thank you. Anthony Iannarelli

On Mon, Mar 17, 2025 at 9:30 PM Eric Eisenberg <ericeis@gmail.com> wrote:
I believe you are confused. However, I believe you did also submit my birthdate at least in connection with the Second Circuit appeal. Can you please advise whether you will agree to review your Second Circuit filings and make appropriate efforts to seek redaction of my birthdate from wherever it may appear?

On Mon, Mar 17, 2025 at 9:27 PM Anthony Iannarelli <anilaw2@gmail.com> wrote:
Dear Mr. Eisenberg, In your motion regarding inadvertent disclosure of your date of birth appearing on public documents, you reference pages 51 and 63.  While page 51 is a voter registration document, page 63 is believed to be your photograph and does not  display your date of birth.   Kindly advise as to the location of the 2nd date of birth, along with a description of the document?
Thank you. Anthony Iannarelli, Attorney for Plaintiffs

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

--
Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com