

**Versión en Español (/es/ CheckVoterStatus/Index)**      **This site requires JavaScript to be enabled.**

**CHECK YOUR REGISTRATION AND VOTING STATUS**

**Check here for your voter registration status. To find your polling place, sample ballot, and vote-by-mail ballot status, check your Supervisor of Elections' (https://dos.myflorida.com/elections/for-voters/check-your-voter-status-and-polling-place/voter-precinct-lookup/) website.**

**Please allow 1-2 business days for newly entered voter registration information to appear on this website.**

**ONLINE VOTER REGISTRATION**

**Visit RegistertoVoteFlorida.gov (https://registertovoteflorida.gov) to submit a new registration or to update your existing record.**

 (https://registertovoteflorida.gov/)

Your name and date of birth must be entered as it appears in your registration record to find your information. (*) Indicates required field.

**\* First Name :**

Enter your First Name

**\* Last Name :**

Enter your Last Name

**\* Birth Date (MM/DD/YYYY):**

Enter your Birth Date

This website is intended for use by a registered voter to determine his or her voter registration and voting status. It is unlawful to knowingly alter another person's voter registration information or to attempt, assist with, or otherwise commit fraud in connection with the right to vote. See §§ 104.011, 104.041, and 104.41, Fla. Stat. For more information, visit our Voter Registration information (http://dos.myflorida.com/elections/for-voters/voter-registration/) webpage.

\* ☐ I understand and agree.

Submit     Cancel

**Close your browser when done with your search.**

Please email BVRSHelp@dos.myflorida.com (mailto:BVRSHelp@dos.myflorida.com) for website assistance.

---



**Ron DeSantis, Governor Cord Byrd, Secretary of State**



# Florida Department of State

Privacy Policy (http://dos.myflorida.com/privacy-policy/)
| Accessibility (http://dos.myflorida.com/accessibility/)
| Site Map (http://dos.myflorida.com/site-map/)
| Communications (http://dos.myflorida.com/communications/)
| Connect (http://dos.myflorida.com/communications/connect/)

R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

**Voter Assistance Hotline:**
1.866.308.6739
**Hours:** Monday - Friday 8:00 AM - 5:00 PM (Eastern Time)
If hearing or speech impaired, please contact the Division using the **Florida Relay Service** (https://www.ftri.org/relay), 1.800.955.8771 (TTY) or 1.800.955.8770 (Voice) or 1-800-955-1339 (ASCII), or 1.877.955.8773 (español a español ).

## Questions or comments? **Contact Us (mailto:BVRSHelp@dos.myflorida.com)**

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Copyright (http://dos.myflorida.com/copyright/) © 2019 State of Florida, Florida Department of State.