SKIP TO MAIN CONTENT

## Poll Site Search, Voter Registration, and Mail Ballot Tracker

To use this page, you must be a registered voter in the New York State.

Please enter your Last Name, First Name, Date of Birth (MM/DD/YYYY format), County and Address information and press the "Search" button.

Mandatory Fields are indicated by * .

* **County**

Select County

* **Last Name**

* **First Name**

* **Date of Birth**

MM/DD/YYYY

* **Zip Code**

Search          Clear

Privacy - Terms