

## Registered Voter Search

### Personal Information

Only voters registered in New York City voters will be found in this system.

Please enter your information *exactly* as it appears on your voter record. Failure to do so may result in "Record Not Found".

**All Fields Are Required*

**First Name**

**Last Name**

**Birth Date**

| mm | dd | yyyy |

**Borough**

**Zip Code**

Search

1-866-VOTE-NYC