**Anthony N. Iannarelli Jr.**
*Attorney at Law*
**74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031**
anilaw2@gmail.com

March 25, 2024

Hon. Valerie Figueredo
Magistrate Judge
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

        Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
          23-cv-06585 (JGLC) (VF)

Dear Magistrate Figueredo,

   *I am in receipt of a letter-motion, dated March 24, 2025, filed by defendant Eric M. Eisenberg.* Before having my clients respond formally, and c*onsistent with Fed. R. Civ. P. 408,* I would respectfully like to explore the possibility of a settlement conference.

   There has never been a conference held in this case for any of the issues that have come before the Court. Given that the case is almost two years old, such an attempt at conferencing might be useful.

   Thank you for Your Honor's consideration of the foregoing.


        Respectfully submitted,

        *Anthony N. Iannarelli Jr.*

        Anthony N. Iannarelli Jr.
        Attorney for Plaintiffs

1

<u>Copied via ECF</u>
Ms. Kerri A. Devine, Esq.
Ms. Genan F. Zilkha, Esq.

<u>Via Email</u>
Mr. Eric Eisenberg, Esq.

<u>Via Email</u>
Mr. Mohamed John Akhtar
LaBuca Restaurant, Inc. d/b/a Swing 46

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 3/26/25

Plaintiffs do not have to respond to Defendant's letter at this time. The Court will address the request made by Defendant Eisenberg at ECF No. 162.