**Anthony N. Iannarelli Jr.**
***Attorney at Law***
**74 Lafayette Avenue**
**Suite 202 # 116**
**Suffern, New York 10901**
**212-431-1031**
anilaw2@gmail.com

March 26, 2025

Hon. Valerie Figueredo
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

      Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
           23-cv-06585 (JGLC) (VF)

Dear Magistrate Judge Figueredo,

    For clarification, yesterday I wrote the Court requesting a conference. (And yes, I did incorrectly date it in error as 2024 as opposed to 2025.)  It was not meant to be anything formal; rather, I had hopped, with some guidance from the Court, it might afford the parties an opportunity to come to a resolution without resorting to formal motion practice.

    While I deny I did anything improper in making such a request, I am sorry for my awkwardness in tying to do something that I thought might be helpful.

    I wanted to immediately attempt to address what appeared to be the urgency in Mr. Eric Eisenberg's Motion, dated March 24, 2025 and, again, with some guidance from the Court.  While I am an advocate for my clients, I still remain an Officer of the Court, and I do not leave my sense of humanity at the proverbial courthouse door.

    If it was a mistaken approach, I sincerely did not mean it to be that way.  I will direct my clients to respond to Mr. Eisenberg's Motion.

    Thank you for Your Honor's attention to the foregoing.

    Respectfully submitted,

*Anthony N. Iannarelli Jr.*

Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

1

2

<u>CC Via ECF</u>
Ms. Kerri Devine, Esq.
Ms. Genan F. Zilkha
    Assistant Corporation Counsels

<u>Via Email</u>
Mr. Eric Eisenberg, Esq.
    Defendant *pro se*

2