**Anthony N. Iannarelli Jr.**
*Attorney at Law*
74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031
anilaw2@gmail.com

March 27, 2025

Hon. Valerie Figueredo
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

    Re: <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
        23-cv-06585 (JGLC) (VF)

Dear Magistrate Judge Figueredo,

    In accordance with the Court's directive, I have been serving via email pleadings and correspondence to *pro se* defendant Eric M. Eisenberg. Eariler today I emailed Mr. Eisenberg, bearing today's date, "Plaintiffs' Response to Defendant's Objection to Order."

    In reply, Mr. Eisenberg sent me the following message:

    "You continue to be a liar, and I will ensure you are brought to justice."

    Please see copy of email dated March 27, 2025, attached as Exhibit 1.

    As has been my practice, I will not seek sanctions; rather, I will leave it to the Court's discretion. All I seek is make a record, which I am doing by this correspondence.

    I am not suggesting that sanctions are not justified, particularity in light of Your Honor's most recent warning. But I am concerned sanctions would serve as a distraction to the case, and my goal is to keep the case moving.

    Thank you for Your Honor's attention to this matter.

_____
Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

<u>Via ECF</u>
    NYC Government Counsel
    Mr. Eric M. Eisenberg, *pro se, v*ia Email

  Gmail                                                                          **Anthony Iannarelli <anilaw2@gmail.com>**

---

## Response to Opposition to Order
2 messages

---

**Anthony Iannarelli** <anilaw2@gmail.com>                                              Thu, Mar 27, 2025 at 3:24 PM
To: Eric Eisenberg <ericnoise@hotmail.com>, Eric Eisenberg <ericeis@gmail.com>

Sir, Please see attached. A. Iannarelli, Attorney for Plaintiffs

Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1838
anilaw2@gmail.com

---

 **Ps' Response to D's Objection to Order (revised 03.27.2025).pdf**
5211K

---

**Eric Eisenberg** <ericnoise@hotmail.com>                                              Thu, Mar 27, 2025 at 3:34 PM
To: Anthony Iannarelli <anilaw2@gmail.com>, Eric Eisenberg <ericeis@gmail.com>

You continue to be a liar, and I will ensure you are brought to justice

Get Outlook for iOS

**From:** Anthony Iannarelli <anilaw2@gmail.com>
**Sent:** Thursday, March 27, 2025 3:24:07 PM
**To:** Eric Eisenberg <ericnoise@hotmail.com>; Eric Eisenberg <ericeis@gmail.com>
**Subject:** Response to Opposition to Order

[Quoted text hidden]

EX. 1