UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMED JOHN AKHTAR and LA BUCA
RESTAURANT, INC. d/b/a SWING 46 JAZZ AND
SUPPER CLUB,

                              Plaintiffs,

                -against-                                    23-CV-6585 (JGLC)

                                                            **ORDER**
ERIC M. EISENBERG and JOHN AND JANE DOES
ONE THROUGH THIRTY,

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

        Defendant Eric M. Eisenberg objects to Magistrate Judge Figueredo's Orders at ECF Nos.

141 and 170, authorizing alternative service and denying Defendant's motion for sanctions and

injunctive relief regarding purported harassment and threats. ECF Nos. 160, 171. "Magistrate judges

are afforded broad discretion in resolving nondispositive disputes and reversal is appropriate only if

their discretion is abused." *In re Hulley Enterprises Ltd.*, 400 F. Supp. 3d 62, 70 (S.D.N.Y. 2019)

(internal citation and quotation marks omitted). The standard of review is "clearly erroneous or

contrary to law." *Id.* In other words, to reject Judge Figueredo's decisions, this Court must find a

"definite and firm conviction that a mistake has been committed," or find that a ruling "fails to apply

or misapplies relevant statutes, case law, or rules of procedure." *Id.* (cleaned up). The Court has

reviewed the Orders, underlying motions, and objections, and finds neither firm conviction of a

mistake nor a failure to apply relevant law. Judge Figueredo's decisions will remain undisturbed.

Dated:  April 3, 2025
        New York, New York

                                            SO ORDERED.

                                            _Jessica Clarke_

                                            JESSICA G. L. CLARKE
                                            United States District Judge