UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. d/b/a SWING 46 JAZZ AND SUPPER CLUB, <br>                       Plaintiffs <br> -against- <br> ERIC M. EISENBERG and JOHN AND JANE DOES ONE THROUGH THIRTY, <br>                       Defendants | 23-CV-6585 (JGLC) (VF) |

**NOTICE OF MOTION AND MOTION OF ERIC M. EISENBERG TO DISMISS AMENDED COMPLAINT PURSUANT TO RULES 12(B)(1), 12(B)(2), 12(B)(5), 12(B)(6) AND 12(B)(7)**

PLEASE TAKE NOTICE that, upon the Plaintiffs' amended pleading (D.I. 104) and the Memorandum of Law and supporting Declaration of Eric M. Eisenberg submitted herewith, the undersigned Eric M. Eisenberg hereby moves this Court, at 500 Pearl Street, New York, NY 10007-1312, before the Hon. Jessica G. L. Clarke, United States District Judge of the Southern District of New York, at a date and time to be determined by this Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5), 12(b)(6), and 12(b)(7), dismissing the Amended Complaint (D.I. 104) and all claims which may be asserted against him therein, with prejudice in their entirety, and awarding such other relief as the Court may deem just and proper.

1

| | | |
|---|---|---|
| Dated (and executed in): | Miami, Florida<br>April 3, 2025 | Respectfully submitted, |
| | | s/      *Eric Eisenberg*<br>ERIC EISENBERG<br>1300 S Miami Ave<br>Unit 1408<br>Miami, FL 33130<br>(646) 801-6705<br>ericeis@gmail.com |

2