# Exhibit 1

# NYCServ Violation Copy
### Internet



0216392386

## 0256000004004015

### SUMMONS • FOR CIVIL PENALTIES ONLY
**RESPONDENT: Please provide to Eric Eisenberg, well prior to the hearing, a list of the names of witnesses who may be called and copies of documents to be submitted into evidence**

## SUMMONS NUMBER: 0216 392 386

**ENFORCEMENT AGENCY:** ERIC EISENBERG

**AGENCY CONTACT INFORMATION:** ERICNOISE@~DIVISION~HOTMAIL.COM

LAST NAME OR COMPANY NAME (Print) | FIRST NAME
LA BUCA RESTAURANT, INC. DBA SWING 46

CELL PHONE #:

STREET ADDRESS 349 W 46TH ST    APT. NO.

CITY NEW YORK    STATE NY    ZIP 10036

ID NUMBER:

TYPE OF ID/ISSUED BY:

DATE OF OCCURRENCE: 10 / 11 / 22    TIME OF OCCURRENCE: 7:05PM

PLACE OF OCCURRENCE: 349 W 46TH ST

BOROUGH OF OCCURRENCE: MANHATTAN    CB No.

☐ Alternative Service

You must respond to the Summons. You can appear on the hearing date and the location below or choose another option. For other options on how to respond, see the back of this page.

**HEARING DATE:** 12 /11 /23 **AT:** 9:00AM

**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**

See reverse side for address

[borough]

Phone: (844)628-4692

**FOR HEARING OPTIONS, SEE THE BACK OF THIS PAGE**
**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE**

WARNING: If you do not respond, you may be found automatically responsible and you may owe larger penalties. If you do not pay any imposed penalties, you may lose your ability to keep or get a City license, permit or registration. The City might also take further legal action against you. See the back for more information.

**Details of Violation(s)**

NYC AD. CODE 24-244(B)

Section/Rule _____    OATH Code    | AN | 9 | 6 |

Mail-In Penalty: $ 880    Maximum Penalty: $ 3500

☐ Respondent must appear in person    I OBSERVED RESPONDENT PLAYING MUSIC TO DRAW ATTENTION TO SHOW/PERFORMANCE FROM SPEAKER (E.G. IN AWNING) OUTSIDE OF JAZZ CLUB (AUDIBLE ON SIDEWALK). PRIOR SUMMONS #'S INCLUDE 0216401177 – SECOND VIOLATION

☐ Property Removed   ☐ 1-2 Family   ☐ Multiple Dwelling   ☐ Commercial

NYC Charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.

I, an employee of the enforcement agency named above, affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above and/or verified their existence through my review of departmental records. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

RANK (TITLE) SIGNATURE OF COMPLAINANT    | REPORT LEVEL (Fill 4 spaces Comm'd, Sqd, Unit, etc.)

COMPLAINANT'S NAME (Print) ERIC EISENBERG    TAX REGISTRY NUMBER    AGENCY 999

LAST NAME EISENBERG    FIRST NAME ERIC

STREET ADDRESS PO BOX 2452

CITY NEW YORK    STATE NY    ZIP 10108



0216 392 386

# NYCServ Violation Copy
### Internet



0216427119

---

### 0179000005005068

### SUMMONS • FOR CIVIL PENALTIES ONLY

### SUMMONS NUMBER: 0216 427 119

**ENFORCEMENT AGENCY:** Dietmar Detering

**AGENCY CONTACT INFORMATION:** ddetering@ ~~DIVISION:~~ gmail.com

| LAST NAME OR COMPANY NAME (Print) | FIRST NAME |
|---|---|
| ~~XXXXXXXX #:~~ Swing 46 | |

**STREET ADDRESS** 349 West 46 ST    **APT. NO.**

**CITY** New York    **STATE** NY    **ZIP** 10036

**ID NUMBER:**

**TYPE OF ID/ISSUED BY:**

**DATE OF OCCURRENCE:** 02 / 21 / 2023 **TIME OF OCCURRENCE:** 5:20 PM

**PLACE OF OCCURRENCE:** 349 West 46 ST

**BOROUGH OF OCCURRENCE:** Manhattan    **CB No.**

☐ **Alternative Service**

You must respond to the Summons. You can appear on the hearing date and the location below or choose another option. For other options on how to respond, see the back of this page.

**HEARING DATE:** 11 / 28 / 2023 **AT:** 9 AM

### OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS

Manhattan    See reverse side for address

[borough]

Phone: (844)628-4692

**FOR HEARING OPTIONS, SEE THE BACK OF THIS PAGE**
**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE**

**WARNING:** If you do not respond, you may be found automatically responsible and you may owe larger penalties. If you do not pay any imposed penalties, you may lose your ability to keep or get a City license, permit or registration. The City might also take further legal action against you. See the back for more information.

### Details of Violation(s)

**Section/Rule** NYC Ad. Code 24-244(b) **OATH Code** AN97

**Mail-In Penalty:** $ 1,320    **Maximum Penalty:** $ 5,250

☐ **Respondent must appear in person**    I personally observed this restaurant deploy at least one speaker, hidden inside the awning, outside, playing music, in order to attract attention for this business. | *FIFTH OFFENSE* of this respondent. Priors' summons#: 000289118N, 000600396M, 000600438L, 000600653M.

| ☐ Property Removed | ☐ 1-2 Family | ☐ Multiple Dwelling | ☐ Commercial |
|---|---|---|---|

NYC Charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.

I, ~~an employee of the enforcement agency named above~~, affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above ~~and/or verified their existence through a review of departmental records~~. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

**RANK (TITLE) SIGNATURE OF COMPLAINANT**

**REPORT LEVEL** (Fill 4 spaces Comm'd, Sqd, Unit, etc.)

**COMPLAINANT'S NAME (Printed)** Dietmar Detering

**TAX REGISTRY NUMBER**

**AGENCY** 999

~~NAME OF COMPLAINANT~~ **LAST NAME** Detering    **FIRST NAME** Dietmar

**STREET ADDRESS** 3961 47th ST

**CITY** Sunnyside    **STATE** NY    **ZIP** 11104



0216 427 119

# NYCServ Violation Copy
### Internet



0216427494

---

## 0179000006006007

### SUMMONS • FOR CIVIL PENALTIES ONLY

### SUMMONS NUMBER: 0216 427 494

**ENFORCEMENT AGENCY:** Dietmar Detering

**AGENCY CONTACT INFORMATION:** ddetering@ ~~DIVISION:~~ gmail.com

| LAST NAME OR COMPANY NAME (Print) | FIRST NAME |
|---|---|
| ~~CELL PHONE #:~~ **Swing 46** | |

**STREET ADDRESS** 349 West 46 ST          APT. NO.

**CITY** New York          **STATE** NY          **ZIP** 10036

**ID NUMBER:**

**TYPE OF ID/ISSUED BY:**

**DATE OF OCCURRENCE:** 02 / 23 / 2023 **TIME OF OCCURRENCE:** 5:19 PM

**PLACE OF OCCURRENCE:** 349 West 46 ST

**BOROUGH OF OCCURRENCE:** Manhattan          **CB No.**

☐ **Alternative Service**

You must respond to the Summons. You can appear on the hearing date and the location below or choose another option. For other options on how to respond, see the back of this page.

**HEARING DATE:** 11 / 28 / 2023 **AT:** 9 AM

### OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS

Manhattan          See reverse side for address

[borough]

Phone: (844)628-4692

**FOR HEARING OPTIONS, SEE THE BACK OF THIS PAGE**

**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE**

**WARNING:** If you do not respond, you may be found automatically responsible and you may owe larger penalties. If you do not pay any imposed penalties, you may lose your ability to keep or get a City license, permit or registration. The City might also take further legal action against you. See the back for more information.

### Details of Violation(s)

Section/Rule NYC Ad. Code 24-244(b) OATH Code **AN97**

**Mail-In Penalty:** $ 1,320          **Maximum Penalty:** $ 5,250

☐ **Respondent must appear in person**

I personally observed this ~~restaurant deploy at least one speaker, hidden inside the awning, outside, playing music, in order to attract attention for this business.~~ | *SIXTH OFFENSE* of this respondent. Priors' summons#: 000289118N, 000600396M, 000600438L, 000600695M

~~☐ Property Removed  03-11- ☐ 1-2 Family  ☐ Multiple Dwelling  ☐ Commercial~~

NYC Charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.

I, ~~an employee of the enforcement agency named above~~, affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above ~~and/or verified their existence through a review of departmental records~~. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

| RANK (TITLE) SIGNATURE OF COMPLAINANT | | REPORT LEVEL (Fill 4 spaces Comm'd, Sqd, Unit, etc. | | | | |
|---|---|---|---|---|---|---|

| COMPLAINANT'S NAME (Printed) | TAX REGISTRY NUMBER | AGENCY |
|---|---|---|
| Dietmar Detering | | 999 |

**NOTICE ALSO SENT TO:**

| LAST NAME Detering | FIRST NAME Dietmar |
|---|---|

**STREET ADDRESS** 3961 47th ST

**CITY** Sunnyside          **STATE** NY          **ZIP** 11104



0216 427 494

OATH

# NYCServ Violation Copy
### Internet



0216418108

## 0202000004004069

### SUMMONS • FOR CIVIL PENALTIES ONLY

### SUMMONS NUMBER: 0216 418 108

**ENFORCEMENT AGENCY:** Dietmar Detering
**AGENCY CONTACT INFORMATION:** ddetering@ ~~DIVISION:~~ gmail.com

| LAST NAME OR COMPANY NAME (Print) | FIRST NAME |
|---|---|
| ~~CELLPHONE#:~~ Swing 46 | |

**STREET ADDRESS** 349 West 46 ST    **APT. NO.**

**CITY** New York    **STATE** NY    **ZIP** 10036

**ID NUMBER:**

**TYPE OF ID/ISSUED BY:**

**DATE OF OCCURRENCE:** 03 / 10 / 2023 **TIME OF OCCURRENCE:** 4:15 PM
**PLACE OF OCCURRENCE:** 349 West 46 ST
**BOROUGH OF OCCURRENCE:** Manhattan    **CB No.**
☐ Alternative Service

You must respond to the Summons. You can appear on the hearing date and the location below or choose another option. For other options on how to respond, see the back of this page.

### HEARING DATE: 11 / 28 / 2023 AT: 9 AM
**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**
Manhattan    See reverse side for address
[borough]
Phone: (844)628-4692
**FOR HEARING OPTIONS, SEE THE BACK OF THIS PAGE**
**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE**
**WARNING:** If you do not respond, you may be found automatically responsible and owe larger penalties. If you do not pay any imposed penalties, you may lose your ability to keep or get a City license, permit or registration. The City might also take further legal action against you. See the back for more information.

**Details of Violation(s)**
Section/Rule NYC Ad. Code 24-244(b) OATH Code **AN97**

Mail-In Penalty: $ 1,320    Maximum Penalty: $ 5,250
☐ Respondent must appear in person    I personally observed this restaurant deploy at least one speaker, hidden inside the awning, outside, playing music, in order to attract attention for this business. | *SEVENTH OFFENSE* of this ~~respondent. Priors' summons#: 000289118N, 000600396M, 000600438L, 000600695M, 0216427119, 0216427494~~

☐ Property Removed    ☐ 1-2 Family    ☐ Multiple Dwelling    ☐ Commercial

NYC Charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.

I, ~~an employee of the enforcement agency named above,~~ affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above ~~and/or verified their existence through a review of departmental records~~. False statements made herein are punishable as a Class A Misdemeanor ~~pursuant to~~ section 210.45 of the Penal Law.

RANK (TITLE) SIGNATURE OF COMPLAINANT    REPORT LEVEL (Fill 4 spaces Comm'd, Sqd, Unit, etc.)

COMPLAINANT'S NAME (Printed)    TAX REGISTRY NUMBER    AGENCY
Dietmar Detering    999

~~NOTICE ALSO SENT TO~~ Detering    FIRST NAME Dietmar
LAST NAME

STREET ADDRESS 3961 47th ST

CITY Sunnyside    STATE NY    ZIP 11104

OATH



0216 418 108

# NYCServ Violation Copy
## Internet



0216418117

---

## 0202000004004070

### SUMMONS • FOR CIVIL PENALTIES ONLY

### SUMMONS NUMBER: 0216 418 117

**ENFORCEMENT AGENCY:** Dietmar Detering

**AGENCY CONTACT INFORMATION:** ddetering@ ~~DIVISION:~~ gmail.com

| LAST NAME OR COMPANY NAME (Print) | FIRST NAME |
|---|---|
| ~~OCCUPANT:~~ Swing 46 | |

**STREET ADDRESS** 349 West 46 ST          **APT. NO.**

**CITY** New York          **STATE** NY          **ZIP** 10036

**ID NUMBER:**

**TYPE OF ID/ISSUED BY:**

**DATE OF OCCURRENCE:** 03 / 16 / 2023 **TIME OF OCCURRENCE:** 4:11 PM

**PLACE OF OCCURRENCE:** 349 West 46 ST

**BOROUGH OF OCCURRENCE:** Manhattan          **CB No.**

☐ Alternative Service

You must respond to the Summons. You can appear on the hearing date and the location below or choose another option. For other options on how to respond, see the back of this page.

**HEARING DATE:** 11 / 28 / 2023 **AT:** 9 AM

**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**

Manhattan          See reverse side for address

[borough]

Phone: (844)628-4692

**FOR HEARING OPTIONS, SEE THE BACK OF THIS PAGE**
**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE**

**WARNING:** If you do not respond, you may be found automatically responsible and you may owe larger penalties. If you do not pay any imposed penalties, you may lose your ability to keep or get a City license, permit or registration. The City might also take further legal action against you. See the back for more information.

### Details of Violation(s)

**Section/Rule** NYC Ad. Code 24-244(b) **OATH Code** AN97

**Mail-In Penalty:** $ 1,320          **Maximum Penalty:** $ 5,250

☐ **Respondent must appear in person**          I personally observed this restaurant deploy at least one speaker, outside, playing music, in order to attract attention for this business. | *EIGHTH OFFENSE* of this respondent. Priors' summons#: ~~000289118N, 000600396M, 000600438L, 000600695M, 0215427119, 0216427494, 0216418108~~

☐ Property Removed     ☐ 1-2 Family     ☐ Multiple Dwelling     ☐ Commercial

NYC Charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.

I, ~~an employee of the enforcement agency named above~~, affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above ~~and/or verified their existence through a review of departmental records~~. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

**RANK (TITLE) SIGNATURE OF COMPLAINANT**

**REPORT LEVEL** (Fill 4 spaces Comm'd, Sqd, Unit, etc.)

**COMPLAINANT'S NAME (Printed)** Dietmar Detering     **TAX REGISTRY NUMBER**     **AGENCY** 999

**NOTICE ALSO SENT TO** Detering     **FIRST NAME** Dietmar

**LAST NAME**

**STREET ADDRESS** 3961 47th ST

**CITY** Sunnyside          **STATE** NY          **ZIP** 11104

OATH

0216 418 117

# NYCServ Violation Copy
### Internet

0216418126

## 0202000004004071

### SUMMONS • FOR CIVIL PENALTIES ONLY

### SUMMONS NUMBER: 0216 418 126

**ENFORCEMENT AGENCY:** Dietmar Detering

**AGENCY CONTACT INFORMATION:** ddetering@~~DIVISION~~ gmail.com

| LAST NAME OR COMPANY NAME (Print) | FIRST NAME |
|---|---|
| ~~CRIXXXXXX~~ Swing 46 | |

**STREET ADDRESS** 349 West 46 ST    **APT. NO.**

**CITY** New York    **STATE** NY    **ZIP** 10036

**ID NUMBER:**

**TYPE OF ID/ISSUED BY:**

**DATE OF OCCURRENCE:** 03 / 22 / 2023 **TIME OF OCCURRENCE:** 6:22 PM

**PLACE OF OCCURRENCE:** 349 West 46 ST

**BOROUGH OF OCCURRENCE:** Manhattan    **CB No.**

☐ Alternative Service

You must respond to the Summons. You can appear on the hearing date and the location below or choose another option. For other options on how to respond, see the back of this page.

**HEARING DATE:** 11 / 28 / 2023 **AT:** 9 AM

**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS**

Manhattan    See reverse side for address

[borough]

Phone: (844)628-4692

**FOR HEARING OPTIONS, SEE THE BACK OF THIS PAGE**

**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE**

WARNING: If you do not respond, you may be found automatically responsible and you may owe larger penalties. If you do not pay any imposed penalties, you may lose your ability to keep or get a City license, permit or registration. The City might also take further legal action against you. See the back for more information.

### Details of Violation(s)

**Section/Rule** NYC Ad. Code 24-244(b) **OATH Code** AN97

**Mail-In Penalty: $** 1,320    **Maximum Penalty: $** 5,250

☐ Respondent must appear in person    I personally observed this restaurant deploy at least one speaker, hidden inside the awning, outside, playing music, in ~~order to attract attention for this business.~~ *NINTH OFFENSE* of this respondent. ~~Priors' summons#: 000289118N, 000600396M, 000600438L, 000600695M,~~ 0216427119, 0216427494, 0216418108, 0216418117.

☐ Property Removed    ☐ 1-2 Family    ☐ Multiple Dwelling    ☐ Commercial

NYC Charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.

I, ~~an employee of the enforcement agency named above~~, affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above ~~and/or verified their existence through a review of departmental records~~. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

**RANK (TITLE) SIGNATURE OF COMPLAINANT**

**REPORT LEVEL** (Fill 4 spaces Comm'd, Sqd, Unit, etc.)

**COMPLAINANT'S NAME (Printed)** Dietmar Detering    **TAX REGISTRY NUMBER**    **AGENCY** 999

**NOTICE ALSO SENT TO** Detering    **FIRST NAME** Dietmar

**LAST NAME**

**STREET ADDRESS** 3961 47th ST

**CITY** Sunnyside    **STATE** NY    **ZIP** 11104

0216 418 126

OATH