UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOHAMED JOHN AKHTAR AND LA BUCA
RESTAURANT, INC.,

                          Plaintiffs,        **23-CV-06585 (JGLC) (VF)**

-against-                 **ORDER**

ROHIT AGGARWALA et al.,

                         Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Plaintiff is directed to file an opposition to the motion to dismiss by **Friday, April 25, 2025**. Defendant's reply, if any, is due **Friday, May 2, 2025**. This resolves the motion at ECF No. 184.

    **SO ORDERED.**

DATED:    New York, New York
               April 16, 2025

                                                                              _____
                                                                             VALERIE FIGUEREDO
                                                                             United States Magistrate Judge