UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar and La Buca Restaurant, Inc. d/b/a Swing 46 Jazz and Supper Club,<br><br>Plaintiffs,<br><br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric I. Eisenberg, and John and Jane Does One through Thirty,<br><br>Defendants. | Case No. 23-cv-06585 (JGLC)(VF) |

## Declaration of Anthony N. Iannarelli Jr.

Anthony N. Iannarelli Jr., of full age declares and affirms, under the penalty of perjury, to the truth of the following:

1. Exhibit A is a true copy of "NYC Serv Violation Copy."

2. Exhibit B is a true copy of the Declaration of Mohammed John Sohel Aktar dated April 25, 2025.

3. Exhibit C is a true copy of the Declaration of Michelle Collier date March 20, 2025.

1

4. Exhibit D is a true copy of the Declaration of Howard Fredics dated April 25, 2025.

I affirm to the truth of the foregoing and aware that I may be subject to punishment for statements knowingly made false.

Dated: April 25, 2025

Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

2