Exhibit A

# NYCServ Violation Copy
## Internet



0216401177

---

## 0215000005005003

### SUMMONS • FOR CIVIL PENALTIES ONLY

## SUMMONS NUMBER: 0216 401 177

**ENFORCEMENT AGENCY:** ERIC EISENBERG
**AGENCY CONTACT INFORMATION:** ERICNOISE@-DIVISION:-HOTMAIL.COM

| LAST NAME OR COMPANY NAME (Print) SWING 46 | FIRST NAME |
|---|---|

**CELL PHONE #:**

| STREET ADDRESS   349 W 46TH ST | APT. NO. |
|---|---|

| CITY   NEW YORK | STATE   NY | ZIP 10086 |
|---|---|---|

**ID NUMBER:**

**TYPE OF ID/ISSUED BY:**

**DATE OF OCCURRENCE:** 09 / 17 / 22   **TIME OF OCCURRENCE:** 6:47PM
**PLACE OF OCCURRENCE:** 349 W 46TH ST
**BOROUGH OF OCCURRENCE:** MANHATTAN   **CB No.**
☐ Alternative Service

You must respond to the Summons. You can appear on the hearing date and the location below or choose another option. For other options on how to respond, see the back of this page.

**HEARING DATE:** 09 / 13 / 23   **AT:** 9:00AM

OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS
See reverse side for address
[borough]
Phone: (844)628-4692
**FOR HEARING OPTIONS, SEE THE BACK OF THIS PAGE**
**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE**
WARNING: If you do not respond, you may be found automatically responsible and you may owe larger penalties. If you do not pay any imposed penalties, you may lose your ability to keep or get a City license, permit or registration. The City might also take further legal action against you. See the back for more information.

### Details of Violation(s)

| Section/Rule NYC AD. CODE 24-244(B) | OATH Code | AN | 9 | 5 |
|---|---|---|---|---|

**Mail-In Penalty:** $ 440    **Maximum Penalty:** $ 1750
☐ **Respondent must appear in person**   I OBSERVED RESPONDENT PLAYING SOUND FROM SPEAKER OR SPEAKERS, IN AWNING, OUTSIDE OF BUSINESS FOR COMMERCIAL/BUSINESS ADVERTISING PURPOSES (AUDIBLE ON SIDEWALK)

OATH

☐ Property Removed   ☐ 1-2 Family   ☐ Multiple Dwelling   ☐ Commercial
NYC Charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.

I, an employee of the enforcement agency named above, affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above and/or committed the violations through a review of departmental records. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

RANK (TITLE) SIGNATURE OF COMPLAINANT

| REPORT LEVEL (Fill 4 spaces Comm'c, Sod, Unit, etc.) | | | |
|---|---|---|---|

| COMPLAINANT NAME ERIC EISENBERG | | |
| EISENBERG | TAX REGISTRY NUMBER | AGENCY 999 |

LAST NAME EISENBERG   FIRST NAME ERIC

| STREET ADDRESS   PO BOX 2452 | | |
|---|---|---|

| CITY   NEW YORK | STATE   NY | ZIP 10108 |
|---|---|---|



0216 401 177