**Anthony N. Iannarelli Jr.**
*Attorney at Law*
74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031
anilaw2@gmail.com

July 10, 2025

Hon. Jessica G.L. Clarke, Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

Hon. Valerie Figueredo
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

    Re: <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
        23-cv-06585 (JGLC)

Dear Hon. Justices of the Court,

    I am in receipt of correspondence tiled "Informational Letter" from Mr. Eric Eisenberg, Esq., dated July 08, 2005, along with an accompanying New York Public Library document.

    While I acknowledge receipt, I am not quite sure how a report from the 1930's relates to the matter at bar. Therefore, I take no position and leave it to the discretion of the Court.

    I hope everyone has the opportunity to enjoy the summer weather.

    Thank you for your consideration of the foregoing.

    Respectfully submitted,

    Anthony N. Iannarelli Jr.
    Attorney for Plaintiffs

<u>Copied via ECF</u>
Ms. Kerri A. Devine, Esq.  212-356-2214
Ms. Genan F. Zilkha, Esq.
    Attorneys for the Eric Adams et al.

<u>Via ECF & Email</u>
Mr. Eric Eisenberg, Esq.
    Attorney *pro se*

<u>Via email</u>
Mr. Mohamed John Akhtar
    LaBuca Restaurant, Inc. d/b/a Swing 46