UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br>    Plaintiffs - Appellants,<br>  v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,<br>    Defendants - Appellees,<br><br>Jane Does 1-30, John Does 1-30,<br><br>    Defendants. | **Docket No. 23-cv-06585**<br><br>**Amended Affirmation of Service** |

Anthony N. Iannarelli Jr., of full age and the attorney for plaintiffs herein, affirms under the penalty of perjury to the following:

On September 5, 2025, I previously served plaintiffs' letter, dated September 3, 2025 to the Hon. Valerie Figueredo, Magistrate Judge, to :

1. Defendant Eric M. Eisenberg via email at:

ericeis@gmail.com, & ericnoise@hotmail.com ,

&

2. Counsel for NYC Defendants via ECF at:

    Assistant Corporation Counsel
    New York City Law Department
    Appeals Division
    100 Church Street
    New York, NY 10007

3. And on September 12, 2025, the above defendants were again served plaintiffs' same letter to the Hon. Valerie Figueredo via the Court's electronic filing.

I affirm to the truth of the foregoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated: September 12, 2025           /s/  *Anthony N. Iannarelli Jr.*
                                         Anthony N. Iannarelli Jr.