**Anthony N. Iannarelli Jr.**
*Attorney at Law*
74 Lafayette Avenue
Suite 202 # 116
Suffern, New York 10901
212-431-1031
anilaw2@gmail.com

September 3, 2025

Hon. Valerie Figueredo
Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

      Re:  <u>Mohamed John Akhtar et al. v. Eric Adams et al.</u>
            23-cv-06585 (JGLC-VF)

Dear Justice Figueredo,

      On Monday, August 25, 2025, I wrote by email to defendant Mr. Eric Eisenberg (hereinafter "the defendant") to provide a copy of the Mandate of August 22, 2025 issued by the U.S. Court of Appeals for the 2nd Circuit. Because the defendant claimed he had problems utilizing the Courts' electronic filing system, it had become the practice to serve defendant by email.

      By email dated August 25, 2025, the defendant wrote back indicating there was an offensive issue with my use of his "jewish (sic) last name."

      I checked the official New York State attorney registration database to determine if the defendant was using another surname, but found it to be the same. By email dated August 26, 2025, I wrote back to the defendant to inform him how his surname was appearing in that database, and suggested for legal correspondence I believed it was necessary to refer to him as his name appeared in the official attorney database. I also advised that it was meant to be a sign of respect for which I believe he is entitled. And I also asked if there was another way in which he would like to be addressed? The defendant has never responded to that question.

      Rather, by email dated August 26, 2025, I was accused by the defendant that, by using his legal surname, of being "anti-Semitic" Additionally, the defendant indicated he was left with "very few options other than blocking [my] email address, to stop this continued harassment." For the Court's reference, I have attached the aforementioned email colloquy and the defendant's attorney registration information as Exhibit 1.

      I have always been polite to the defendant, and I will not ask of the Court to address the claim of anti-Semitism in my behalf, that I find troubling or harassment, because

1

I do not believe any are to be found in this case. Rather, and because the defendant has indicated he will be blocking my emails, I ask if the parties may rely solely on the Court's electronic filing for further communications?

As the Court indicated in Your Honor's Order of March 27, 2025, the defendant "filed 15 letters or motions on the docket." This occurred for 26 days preceding the date of the Order, so I hope filing electronically will not cause an inconveneince? And until I am directed otherwise, blocked or not, I will continue to notify the defendant with official correspondence by email.

Given the allegations of "'antisemitism" by use of the defendant's legal surname, I think it would be helpful if the defendant can indicate as to how he would like to be addressed? Again, by the use of the surname, preceded by "Mr.," I view as an indication of respect. But if the court so directs, I will address the defendant by his preferred means of identification.

I apologize if the foregoing sounds unusual, and while I deny the allegations of antisemitism or harassment, I must take those allegations seriously. I have previously advised the defendant that I conducted an entire file review, and could not find evidence of anything that the defendant is alleging. I have also asked the defendant that it would be helpful if he can provide any evidence supporting his allegations, but I have not received a response?

I have not encountered such a situation as exists before and I want to avoid any problems, so I must ask the Court for direction. I will continue to endeavor to treat everyone with respect, and I will abide by whatever the Court directs.

Thank you for your consideration of the foregoing.

Respectfully submitted,

Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

Copied via email
Ms. Kerri A. Devine, Esq.
Ms. Genan F. Zilkha, Esq.
   Attorneys for the Eric Adams et al.

Via email
Mr. Eric Eisenberg, Esq.
   Attorney *pro se*

Via email
Mr. Mohamed John Akhtar
   LaBuca Restaurant, Inc. d/b/a Swing 46

2

# EXHIBIT 1

 Gmail      Anthony Iannarelli <anilaw2@gmail.com>

# Mandate Akhtar v. Eric Adams et al.

5 messages

---

**Anthony Iannarelli** <anilaw2@gmail.com>      Mon, Aug 25, 2025 at 4:57 PM
To: Eric Eisenberg <ericeis@gmail.com>, Eric Eisenberg <ericnoise@hotmail.com>

Dear Mr. Eisenberg, In the event you have not received the Mandate for the above, attached you shall find the U.S.. Court of Appeals, 2nd Cir 's Mandate dated 08/22/2025. Thank you for your attention to this matter. Anthony Iannarelli

Anthony N. Iannarelli Jr.
Attorney at Law
201-236-1638

anilaw2@gmail.com

 **Mandate 2nd. Cir. 08.22.2025.pdf**
756K

---

**Eric Eisenberg** <ericeis@gmail.com>      Mon, Aug 25, 2025 at 4:55 PM
To: Anthony Iannarelli <anilaw2@gmail.com>
Cc: Eric Eisenberg <ericnoise@hotmail.com>

Anthony, I thought we discussed you not using my jewish last name?
[Quoted text hidden]

---

**Anthony Iannarelli** <anilaw2@gmail.com>      Tue, Aug 26, 2025 at 3:50 PM
To: Eric Eisenberg <ericeis@gmail.com>

    Dear Mr. Eisenberg, I have reviewed your New York State attorney registration and you are listed as Eric Mitchell Eisenberg with a business address of 454 West 46, Unit 1ES, New York, NY 10036-8804. (Please see attached.) I refer to members of the bar with the salutation of Mr. (Ms., Mrs. if appropriate) with the attorney's surname. This has nothing to do with any religion, rather, a sign of respect that every attorney is entitled. If you would prefer to be addressed as something else, please advise and I will accommodate you, (However, for any legal filing you must be addressed with the name you have registered yourself.)
    The registration document indicates "The Detail Report contains information that has been provided by the attorney listed,.." Upon review of the district court's docket sheet, I do not believe you have informed the Clerk of the United States District Court for the Southern District of New York, nor the Clerk of the United State Court of Appeals for the Second Circuit, of the address you have listed with the New York State Unified Court System? Kindly have your business address added to the docket to avoid confusion.
    So please inform me how you would like to be addressed. Thank you. Anthony Iannarelli, Esq.
[Quoted text hidden]

**Attorney Registration-Mr. Eric Eisenberg.pdf**
1186K

---

**Eric Eisenberg** <ericeis@gmail.com>  
To: Anthony Iannarelli <anilaw2@gmail.com>

Tue, Aug 26, 2025 at 3:56 PM

Dear Anthony,

OK, this is just getting insulting, I have asked you not to use my Jewish last name, in light of your apparent anti-semitism, and you are continuing to do it, in this very email. You are leaving me with very few options other than blocking your email address, to stop this continued harassment.

I am not going to respond to your deliberately harassing emails.

Sincerely,  
Eric  
[Quoted text hidden]

---

**Anthony Iannarelli** <anilaw2@gmail.com>  
To: Eric Eisenberg <ericeis@gmail.com>

Tue, Aug 26, 2025 at 5:10 PM

Hello, I suggest you make this application to the Court. Anthony Iannarelli  
[Quoted text hidden]

# New York State Unified Court System

## Attorney Online Services - Search

**Close**

### Attorney Detail Report *as of 09/02/2025*

| | |
|---|---|
| Registration Number: | 4771804 |
| Name: | ERIC MITCHELL EISENBERG |
| Business Name: | ERIC EISENBERG |
| Business Address: | 454 WEST 46TH STREET UNIT 1ES NEW YORK, NY 10036-8804 (New York County) |
| Business Phone: | (518) 573-2714 |
| Email: | ERICEIS@GMAIL.COM |
| Date Admitted: | 12/08/2009 |
| Appellate Division Department of Admission: | 1st |
| Law School: | Columbia Law School |
| Registration Status: | Currently registered |
| Next Registration: | Jul 2027 |

### Disciplinary History

*No record of discipline*

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.



**Attorney Services**
Close