UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed John Akhtar, La Buca Restaurant, Inc., DBA Swing 46 Jazz and Supper Club,<br>　　Plaintiffs - Appellants,<br>　v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg,<br>　　Defendants - Appellees,<br><br>Jane Does 1-30, John Does 1-30,<br><br>　　Defendants. | Docket No. 23-cv-06585<br><br>2nd Amended Affirmation of Service |

　　Anthony N. Iannarelli Jr., of full age and the attorney for plaintiffs herein, affirms under the penalty of perjury to the following:

　　On September 5, 2025, I previously served plaintiffs' letter, dated September 3, 2025 to the Hon. Valerie Figueredo, Magistrate Judge, to :

　　1. Defendant Eric M. Eisenberg via email at:

　　ericeis@gmail.com,  &  ericnoise@hotmail.com ,

　　　　　　　　&

　　2. All Counsel for NYC Defendants via email at:

　　　　Assistant Corporation Counsel
　　　　New York City Law Department
　　　　Appeals Division
　　　　100 Church Street
　　　　New York, NY 10007

3. And on September 12, 2025, plaintiffs' same letter to the Hon. Valerie Figueredo service was unsuccessfully attempted on the above defendants via the Court's electronic filing. On September 15, 2025, service of the foregoing was perfected upon all defendants via electronic filing. I affirm to the truth of the foregoing and am aware that I can be subject to punishment for any statement knowingly made false.

Dated:  September 16, 2025            /s/  *Anthony N. Iannarelli Jr.*
                                           Anthony N. Iannarelli Jr.