UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| |
| --- |
| MOHAMED JOHN AKHTAR and LA BUCA RESTAURANT, INC. d/b/a SWING 46 JAZZ AND SUPPER CLUB, |
| Plaintiffs |
| |
| -against- |
| |
| ERIC M. EISENBERG and JOHN AND JANE DOES ONE THROUGH THIRTY, |
| Defendants |

23-CV-6585 (JGLC) (VF)

**INFORMATIONAL LETTER FROM ERIC M. EISENBERG REGARDING CITATION OF OATH DECISIONS IN MOVING BRIEF (D.I. 182)**

Dear Judge Clarke and/or Magistrate Judge Figueredo (as applicable),

It has come to my attention that URLs to two OATH decisions cited in the moving brief in support of motion to dismiss (D.I. 182, filed April 3, 2025) have more recently ceased to function due to migration of OATH's decision archive.

Updated URLs for these decisions are currently available as follows:

- Dietmar Detering (CC) v. Westhouse Hotel New York, Appeal No. 2300439 (OATH Appeals Division, June 29, 2023) (available at https://nyc-acc.mindbreeze.com/search/apps/cityadmin/documents/oath_hearings/2300439.pdf ); and

- NYC v. M-R La Casa Delos Hits, Appeal No. 1300125 (OATH Appeals Division, May 30, 2013) (available at https://nyc-acc.mindbreeze.com/search/apps/cityadmin/documents/ecb/1300125.pdf )

I have also enclosed true and correct copies of the cited decisions as retrieved therefrom. Thank you kindly for your attention to this matter.

Dated:
October 21, 2025

Respectfully submitted,

s/     *Eric Eisenberg*
Eric M. Eisenberg

cc: all parties on ECF; Encls. (two cited OATH decisions)

1