Appeal No. 1300125     NYC v. M-R La Casa Delos Hits            May 30, 2013

Respondent, a record store, appeals from a recommended decision and order finding a violation of Section 24-244(b) of the Administrative Code of the City of New York (Code) for noise emitted from a sound reproduction device used for commercial or business advertising purposes and heard on a public street. In the notice of violation, the issuing officer (IO) stated that on November 16, 2012, he heard loud music emanating from a CD player, amplifier, and speakers and was told by the store manager that the music was played to attract customers to the store to buy CDs. In his Inspection Report, the IO noted a speaker under a table outside the store.

At the hearing, Respondent appeared by its manager who conceded that music was emanating from the premises and played to attract customers, but asserted that the music was very low. He also conceded that a speaker was under a table outside the store in a recessed entrance area, but not on a public sidewalk, and explained that it was placed there so that customers would not trip over it when entering or exiting the store. In her decision, the administrative law judge (ALJ) upheld the violation because she found that music was being played for the purpose of attracting customers to purchase CDs and emanated from a speaker outside the building. The issue on appeal is whether it is a defense that (1) the music was not loud; or (2) the sound reproduction device was located in the premises entranceway and not on the sidewalk.

Code Section 24-244(b) provides, in pertinent part:

> No person shall operate or use … any sound reproduction device, for commercial or business advertising purposes or for the purpose of attracting attention to any … sale . . . of merchandise, in connection with any commercial or business enterprise (including those engaged in the sale of . . . compact discs or tapes), (i) outside or in front of any building, place or premises … abutting on or adjacent to a public street, park or place. … or in or through any aperture of such building … abutting on or adjacent to a public street, park or place.

On appeal, Respondent's representative again argues (1) the music was not loud, but low enough that he was able to converse with the IO at the time of the inspection; and (2) the speaker emitting the music was located within the store's entrance and not on a public sidewalk. Alternatively, he requests a penalty waiver due to financial hardship. Petitioner, the Department of Environmental Protection, did not answer the appeal.

The Board denies the appeal. It is not a defense to a Code Section 24-244(b) violation either that the sound level of music emanating from the premises was low or that the sound reproduction device from which the music was emitted was located in the premises entranceway and not on the sidewalk. It is a violation of Section 24-244(b) to use a sound reproduction device for commercial advertising purposes outside or through an aperture of a building abutting a public place. Here, Respondent's record store was emitting music that was heard outside the store from a speaker located in its front entranceway and the music was played to attract customers. Finally, Respondent's financial hardship is not a basis to waive the Board-approved penalty.

Accordingly, the ALJ's recommended decision and order is affirmed.