UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mohamed Sohel Akhtar, a/k/a Mohamed John Akhtar, La Buca Restaurant, Inc., d/b/a Swing 46 Jazz and Supper Club,<br><br>  Plaintiffs<br>v.<br><br>Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, and Jane Does 1-30 and John Does 1-30,<br><br>  Defendants. | Case No. 23-cv-06585 (JGLC)(VF)<br><br><br>**Notice of Appeal** |

Plaintiffs in the above captioned case, appeal to the United States Court of Appeals for the Second Circuit from the Order, docket No. 85, entered on August 19, 2024 by District Court Judge Jessica G.L. Clarke, adopting the Report and Recommendations of Magistrate Judge Valerie Figueredo, granting the Motion filed by defendants Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, and and dismissing plaintiffs' complaint **with prejudice**; and,

1

along with the Order, docket No. 207, entered on March 23, 2026, adopting the Report and Recommendation of Magistrate Judge Valerie Figueredo, granting the Motion filed by defendant Eric M. Eisenberg, dismissing plaintiffs' amended complaint **with prejudice.**

Dated: 04/21/2026

Anthony N. Iannarelli Jr.
Attorney for Plaintiffs

Plaintiffs' Attorney address
Iannarelli, Anthony N. (Jr.).
74 Lafayette Avenue
Suite 202 # 116
Suffern, NY  10901
phone: 212-381-6098
email:  anilaw2@gmail.com

2