## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: _Akhtar et al. v. Adams et al._ Docket No.: _23-cv-6585 (JGLC)(VF)_

Lead Counsel of Record (name/firm) or Pro se Party (name): _Anthony N. Iannarelli Jr._

Appearance for (party/designation): _Plaintiffs/Appellants_

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✔) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _n/a_
( ) Incorrect.  Please change the following parties' designations:
    Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _Anthony N. Iannarelli Jr._
Firm: _____
Address: _74 Lafayette Avenue, Suite 202 #166, Suffern, New York 10901_
Telephone: _212-381-6098_                        Fax: _n/a_
Email: _anilaw2@gmail.com_

## RELATED CASES

( ) This case has not been before this Court previously.
(✔) This case has been before this Court previously.   The short title, docket number, and citation are: _Akhtar et al. v. Adams et al._ _24-2370_ No citation known     An interlocutory appeal of the district court's decision to partially dismiss plaintiffs' complaint. That request was denied.
(✔) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _Akhtar et al. v. Adams_  _24-2370_  _no citation known_
    An interlocutory appeal of the district court's decision to partially dismiss plaintiffs' complaint. That request was denied.

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
_____OR that ( ) I applied for admission on_____or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____ 4/21/2026
Type or Print Name: _Anthony N. Iannarelli Jr._
            OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## Corrected Caption

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

Mohamed Sohel Akhtar, a/k/a Mohamed John Akhtar, La Buca Restaurant, Inc., d/b/a Swing 46 Jazz and Supper Club,

Plaintiffs

v.

Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, and Jane Does 1-30 and John Does 1-30,

Defendants.

Case No. 23-cv-06585 (JGLC)(VF)