# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Mohamed Sohel Akhtar, a/k/a Mohamed John Akhtar, La Buca Restaurant, Inc., d/b/a Swing 46 Jazz and Supper Club,**<br><br>    **Plaintiffs**<br>v.<br><br>**Eric Adams, Mayor of the City of New York, Rohit T. Aggarwala, New York City Department of Environmental Protection, Eric M. Eisenberg, and Jane Does 1-30 and John Does 1-30,**<br><br>    **Defendants.** | Case No.  23-cv-06585 (JGLC)(VF)<br><br><br>Affirmation of Service |

I, Anthony N. Iannarelli Jr., of full age and the attorney for plaintiffs herein, affirm under the penalty of perjury to the following:

1. On April 21, 2026, I served the plaintiffs' **NOTICE OF APPEAL** and ACKNOWLEDGMENT AND NOTICE OF APPEARANCE upon defendant Eric M. Eisenberg, via the Court's electronic filing,  and by email at  ericeis@gmail.com, and ericnoise@hotmail.com;

2. And, also on April 21, 2026, I completed service of the same **NOTICE OF APPEAL** and ACKNOWLEDGMENT AND NOTICE OF APPEARANCE  on the attorneys for New York City government defendants, via the Court's electronic filing, to:

Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

I affirm to the truth of the foregoing and am aware that I can be subject to

punishment for any statement knowingly made false.

Dated:  April 21, 2026

_____
Anthony N. Iannarelli Jr.
Attorney for Plaintiffs